NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Scott M. Lowry, Esq. (CA Bar No. 244,504)
LOWRY BLIXSETH APC
30423 Canwood St., Ste. 215
Agoura Hills, California 91301
Telephone: (818) 584-6460

ATTORNEY(S) FOR: I4F Licensing N.V.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I4F Licensing N.V.<br><br>Plaintiff(s),<br><br>v.<br><br>Changzhou Subili New Materials Co., Ltd.;<br>Zhejiang Eco New Material Co., Ltd; and<br>Artisan Floors Corporation<br><br>Defendant(s) | CASE NUMBER:<br><br>2:26-CV-04985<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff, _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| I4F Licensing N.V., a Belgian company | Plaintiff |
| Changzhou Subili New Materials Co., Ltd., a Chinese corporation | Defendant |
| Zhejiang Eco New Material Co., Ltd., a Chinese corporation | Defendant |
| Artisan Floors Corporation, a California corporation | Defendant |

May 8, 2026
Date

Signature
Scott M. Lowry, Esq.

Attorney of record for (or name of party appearing in pro per):

Scott M. Lowry

CV-30 (05/13)                     **NOTICE OF INTERESTED PARTIES**