AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| I4F LICENSING N.V. | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  2:26-CV-04985-RAO |
| CHANGZHOU SUBILI NEW MATERIALS CO., LTD.; <br> ZHEJIANG ECO NEW MATERIAL CO., LTD; and <br> ARTISAN FLOORS CORPORATION | ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

ARTISAN FLOORS CORPORATION
1903 Durfee Avenue, Building 2
South El Monte, CA 91733

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT M. LOWRY                      ANTHONY W. BROOKS
LOWRY BLIXSETH APC                  THE WEBB LAW FIRM
30423 Canwood St., Ste. 215         One Gateway Center
Agoura Hills, California 91301      420 Ft. Duquesne Blvd., Suite 1200
                                    Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/15/2026

*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 2:26-CV-04985-RAO

Plaintiff:
**14F LICENSING N.V.**

vs.

Defendant:
**CHANGZHOU SUBILI NEW MATERIALS CO., LTD,; ZHEJIAN ECO
NEW MATERIAL CO., LTD; and  ARTISIAN FLOOR CORPORATION**

For:
SCOTT M. LOWRY, ESQ
LOWRY BLIXSETH APC
30423 Canwood St., Ste. 215
Agoura Hills, CA 91301

Received by LEXITAS to be served on **ARTISAN FLOORS CORPORATION, 1903 DURFEE AVE.,
BUILDING 2, SOUTH EL MONTE, CA 91733**.

I, LUIS VERJAN, do hereby affirm that on the **19th day of May, 2026** at **11:31 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION;
COMPLAINT FOR PATENT INFRINGEMENT JURY TRIAL DEMANDED** with the date and hour of
service endorsed thereon by me, to: **ANDRE SARKISS** as **Registered Agent** at the address of: **1903
DURFEE AVE., BUILDING 2, SOUTH EL MONTE, CA 91733** on behalf of **ARTISAN FLOORS
CORPORATION**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50+, Sex: M, Race/Skin Color: WHITE, Height: 5-6, Weight: 160,
Hair: BROWN, Glasses: N

## RETURN OF SERVICE For 2:26-CV-04985-RAO

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

**LUIS VERJAN**
2018251867
5/20/2026
**Date**

**LEXITAS**
**1235 BROADWAY**
**2ND FLOOR**
**NEW YORK, NY 10001**
**(347) 859-8821**

Our Job Serial Number: ACA-2026001581
Ref: 26939380
Service Fee: _____

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d