Narek Zohrabyan (CA BAR NO. 290385)
**Phil IP Law Inc.**
500 North Brand Blvd., Suite 1690
Glendale, California 91203
Telephone:  (619) 929-0606
Email: nzoh@philip.law

Attorney for Defendant ARTISAN FLOORS
CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| I4F LICENSING N.V.,<br><br>                Plaintiff,<br><br>vs.<br><br>CHANGZHOU SUBILI NEW MATERIALS CO., LTD.; ZHEJIANG ECO NEW MATERIAL CO., LTD; and ARTISAN FLOORS CORPORATION,<br><br>                Defendants. | Case No.  2:26-CV-04985<br><br>District Judge:<br>        Hon. Fernando L. Aenlle-Rocha<br><br>Magistrate Judge:<br>        Hon.  Brianna Fuller Mircheff<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Action Filed: May 8, 2026<br>Complaint Served: May 19, 2026<br>Current Response Date: June 9, 2026<br>New Response Date: July 9, 2026 |

STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPL. BY NOT MORE THAN 30 DAYS

**STIPULATION**

Pursuant to Local Rule 8-3, Plaintiff I4F LICENSING N.V. ("Plaintiff") and Defendant ARTISAN FLOORS CORPORATION ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 8, 2026, Plaintiff filed its Complaint in this action;

WHEREAS, Plaintiff served its Complaint on Defendant on May 19, 2026;

WHEREAS, Defendant's deadline to respond to the Complaint is currently June 9, 2026;

WHEREAS, pursuant to Local Rule 8-3, the parties have conferred and agreed to extend Defendant's deadline to respond to the Complaint by 30 days to July 9, 2026;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended to July 9, 2026.

Dated:        June 5, 2026        Narek Zohrabyan
                                  **PHIL IP LAW INC.**


                                  By: /s/ Narek Zohrabyan
                                      NAREK ZOHRABYAN
                                      Attorneys for Defendant


Dated:        June 8, 2026        Scott M. Lowry, Esq.
                                  **LOWRY BLIXSETH APC**


                                  By: /s/Scott M. Lowry
                                      Scott M. Lowry,
                                      Attorneys for Plaintiff

- 1 -

STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPL. BY NOT MORE THAN 30 DAYS

**<u>Attestation Regarding Signatures</u>**

I, Narek Zohrabyan, am the filer of the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3), and attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and that I have obtained authorization to file this document with the "/s" electronic signatures appearing within the foregoing document.

By:<u>/s/ Narek Zohrabyan</u>
Narek Zohrabyan
Attorneys for Defendant

- 2 -