# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I4F LICENSING N.V. <br><br> Plaintiff(s), <br><br> v. <br><br> CHANGZHOU SUBILI NEW MATERIALS CO., LTD., et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:26–cv–04985–FLA–BFM <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___6/9/2026___

Document No.:  ___24___

Title of Document:  ___Notice (Other) by plaintiff___

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–3.8 title page is missing, incomplete, or incorrect.

Incorrect document is attached to the docket entry.

Fed. R. Civ. P. 5 no proof of service attached.

Incorrect format used: 1) Filer's main document was the Court's official order with prior electronic headers still active, thus the current headers illegible. 2) Missing Main document of filer's "proof of service" of the court's order 3) Missing actual proof of service thereof and all the required information.

Other:

**Note:**  **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _June 10, 2026_       By: _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS