SCOTT M. LOWRY, ESQ. (CA Bar No. 244,504)
E-Mail: Scott@LawLB.com
LOWRY BLIXSETH APC
30423 Canwood St., Ste. 215
Agoura Hills, California 91301
Telephone: 818-584-6460
Facsimile: 818-574-6026

JOHN W. MCILVAINE
jmcilvaine@webblaw.com
ANTHONY W. BROOKS
abrooks@webblaw.com
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone; 412-471-8815
Facsimile: 412-471-4094

*Attorneys for i4F Licensing N.V.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| I4F LICENSING N.V., <br><br> Plaintiffs, <br><br> v. <br><br> CHANGZHOU SUBILI NEW MATERIALS CO., LTD.; ZHEJIANG ECO NEW MATERIAL CO., LTD; and ARTISAN FLOORS CORPORATION, <br><br> Defendants. | CASE NO. 2:26-CV-04985-FLA-BFM <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** <br><br> Action Filed: May 8, 2026 <br> Complaint Served: May 19, 2026 <br> Current Response Date: July 9, 2026 <br> New Response Date: August 10, 2026 |

Plaintiff i4F Licensing, N.V. ("i4F" or "Plaintiff") and Defendant Artisan Floors Corporation ("Defendant", collectively with Plaintiff, the "Stipulating Parties"), through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on May 8, 2026, Plaintiff filed its Complaint in this action;

**WHEREAS**, Plaintiff served its Complaint on Defendant on May 19, 2026;

**WHEREAS**, the Stipulating Parties previously stipulated to a 30-day extension of time pursuant to Local Rule 8-3 on June 8, 2026 (Dkt. 22), thereby resetting Defendant's deadline to July 9, 2026;

**WHEREAS**, pursuant to Local Rule 8-3, the Stipulating Parties have conferred and agreed to extend Defendant's deadline to respond to the Complaint by an additional 30 days to August 10, 2026 (August 8, 2026 falls on a Saturday so the new deadline will extend to the following Monday, August 10, 2026);

**WHEREAS**, Defendants Changzhou Subili New Materials Co., Ltd. and Zhejiang Eco New Material Co., Ltd. are domiciled in China and have been served waiver of service of process requests under Rule 4(d), the return deadlines of which are not until July 13, 2026;

**WHEREAS**, the Court has not yet set an initial Case Management Conference, Scheduling Conference, or other case schedule;

**WHEREAS**, the Stipulating Parties request an extension in good faith and believe that it will not prejudice any party, and will promote the efficient use of party and judicial resources.

**NOW THEREFORE**, the Stipulating Parties hereby jointly stipulate to extend Defendant Artisan Floors Corporation's deadline to answer or otherwise respond to Plaintiff's Complaint to and including Monday, August 10, 2026.  The Stipulating Parties believe that this brief, thirty-day extension is being made for good cause as it will permit Defendant and its counsel time to investigate the allegations of the Complaint, evaluate potential claims and defenses, and explore the

possibility of an informal resolution of the dispute without unnecessary motion practice.  Further, the requested extension will not affect any Court-ordered deadlines.

Respectfully submitted,

Dated: July 9, 2026                          /s/ *Anthony W. Brooks*
                                             Anthony W. Brooks, Esq.
                                             John W. McIlvaine, Esq.
                                             The Webb Law Firm
                                             One Gateway Center
                                             420 Ft. Duquesne Blvd., Suite 1200
                                             Pittsburgh, PA 15222
                                             Telephone: 412-471-8815
                                             Facsimile: 412-471-4094

                                             Scott M. Lowry, Esq.
                                             Lowry Blixseth APC
                                             30423 Canwood St., Ste. 215
                                             Agoura Hills, California 91301
                                             Telephone: 818-584-6460
                                             Facsimile: 818-574-6026

                                             *Attorneys for i4F Licensing N.V.*

Dated: July 9, 2026                          /s/ *Narek Zohrabyan*
                                             Narek Zohrabyan, Esq.
                                             Phil IP Law Inc.
                                             500 North Brand Blvd., Suite 1690
                                             Glendale, CA 91203
                                             Telephone: 619-929-0606

                                             *Attorneys for Artisan Floors Corporation*

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 9, 2026

/s/ *Anthony W. Brooks*

Anthony W. Brooks

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system on July 9, 2026. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Dated: July 9, 2026                          /s/ *Anthony W. Brooks*
                                             Anthony W. Brooks

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT