**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| I4F LICENSING N.V., | **Case No. 2:26-CV-04985-FLA-BFM** |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ARTISAN FLOORS CORP. TO RESPOND TO INITIAL COMPLAINT** |
| CHANGZHOU SUBILI NEW MATERIALS CO., LTD.; ZHEJIANG ECO NEW MATERIAL CO., LTD; and ARTISAN FLOORS CORPORATION, | |
| Defendants. | |

Plaintiff I4F Licensing N.V. ("Plaintiff") and Defendant Artisan Floors Corporation ("Defendant", collectively with Plaintiff, the "Stipulating Parties") filed a joint stipulation proposing to extend Defendant's deadline for answering or otherwise responding to Plaintiff's Complaint by an additional 30-days from July 9, 2026 to and including August 10, 2026.

Having considered the Stipulating Parties' joint stipulation, and finding good cause thereof, the Court hereby **ORDERS** the following:

- The deadline for Defendant Artisan Floors Corporation to answer or

1

otherwise respond to Plaintiff's Complaint shall be extended from July 9, 2026 to and including August 10, 2026.

**IT IS SO ORDERED**.

Dated: _____    By: _____
Honorable Fernando L. Aenlle-Rocha
United States District Judge