UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I4F LICENSING N.V.,<br><br>               Plaintiff,<br><br>     v.<br><br>CHANGZHOU SUBILI NEW MATERIALS CO., LTD., *et al.*,<br><br>               Defendants. | Case No. 2:26-cv-04985-FLA (BFMx)<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [DKT. 26]** |

On July 9, 2026, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint ("Stipulation"). Dkt. 26.

The court, having considered the Stipulation, and finding good cause therefor, hereby APPROVES the Stipulation and CONTINUES the deadline to respond to the Complaint to August 10, 2026.

IT IS SO ORDERED.

Dated: July 10, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1