SCOTT M. LOWRY, ESQ. (CA Bar No. 244,504)
E-Mail: Scott@LawLB.com
LOWRY BLIXSETH APC
30423 Canwood St., Ste. 215
Agoura Hills, California 91301
Telephone: 818-584-6460
Facsimile: 818-574-6026

JOHN W. MCILVAINE
jmcilvaine@webblaw.com
ANTHONY W. BROOKS
abrooks@webblaw.com
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone; 412-471-8815
Facsimile: 412-471-4094

*Attorneys for i4F Licensing N.V.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| I4F LICENSING N.V., <br><br> Plaintiffs, <br><br> v. <br><br> CHANGZHOU SUBILI NEW MATERIALS CO., LTD.; ZHEJIANG ECO NEW MATERIAL CO., LTD; and ARTISAN FLOORS CORPORATION, <br><br> Defendants. | CASE NO. 2:26-CV-04985-FLA-BFM <br><br> **STIPULATION TO FILE FIRST AMENDED COMPLAINT** <br><br> Action Filed: May 8, 2026 <br> Complaint Served: May 19, 2026 <br> Current Response Date: August 10, 2026 |

Plaintiff i4F Licensing, N.V. ("i4F" or "Plaintiff") and Defendant Artisan Floors Corporation ("Defendant Artisan", collectively with Plaintiff, the "Stipulating Parties"), through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on May 8, 2026, Plaintiff filed its Complaint in this action;

**WHEREAS**, Plaintiff served its Complaint on Defendant Artisan on May 19, 2026;

**WHEREAS**, the Stipulating Parties previously stipulated to a 30-day extension of time pursuant to Local Rule 8-3 on June 8, 2026 (Dkt. 22), thereby resetting Defendant Artisan's deadline to July 9, 2026;

**WHEREAS**, the Stipulating Parties subsequently stipulated to an additional 30 days for Defendant Artisan to respond to the Complaint to August 10, 2026;

**WHEREAS**, Defendants Changzhou Subili New Materials Co., Ltd. and Zhejiang Eco New Material Co., Ltd. (collectively the "Chinese Defendants") are domiciled in China;

**WHEREAS**, due to the Chinese Defendants being foreign business entities, the 90-day service deadline under Rule 4(m) is not applicable, *see* Fed. R. Civ. P. 4(m);

**WHEREAS**, the Chinese Defendants have been corresponding with Plaintiff since Plaintiff filed the Complaint on May 8, 2026, but have not responded to the waiver of service of process requests within 60 days of when Plaintiff served the same on the Chinese Defendants on May 12, 2026;

**WHEREAS**, Plaintiff is now taking steps to formally serve the Chinese Defendants through the Hague Service Convention;

**WHEREAS**, upon recommendation from Plaintiff's Hauge process service provider, Plaintiff now seeks to amend the complaint to include Chinese character names for the Chinese defendants and to remove exact addresses from the

STIPULATION TO FILE FIRST AMENDED COMPLAINT

averments;

WHEREAS, no substantive changes have been made to the claims in the First Amended Complaint, a copy of which is attached hereto as Exhibit A.

WHEREAS, Defendant Artisan consents to the filing of a First Amended Complaint attached as Exhibit A; and

WHEREAS, no Scheduling Order, Case Management Conference or other deadlines are currently set that would be affected by the entry of the First Amended Complaint.

NOW THEREFORE, the Stipulating Parties hereby jointly stipulate to the filing of the attached Exhibit A.  Upon order by the Court acknowledging this Stipulation and granting Plaintiff leave to file the First Amended Complaint attached as Exhibit A, Plaintiff shall promptly file the same as a separate docket entry together with revised summonses for the Chinese Defendants.

Respectfully submitted,

Dated: August 3, 2026

/s/ *Anthony W. Brooks*
Anthony W. Brooks, Esq.
John W. McIlvaine, Esq.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone: 412-471-8815
Facsimile: 412-471-4094

Scott M. Lowry, Esq.
Lowry Blixseth APC
30423 Canwood St., Ste. 215
Agoura Hills, California 91301
Telephone: 818-584-6460
Facsimile: 818-574-6026

*Attorneys for i4F Licensing N.V.*

2
STIPULATION TO FILE FIRST AMENDED COMPLAINT

Dated: August 3, 2026

/s/ *Narek Zohrabyan*
Narek Zohrabyan, Esq.
Phil IP Law Inc.
500 North Brand Blvd., Suite 1690
Glendale, CA 91203
Telephone: 619-929-0606

*Attorneys for Artisan Floors Corporation*

STIPULATION TO FILE FIRST AMENDED COMPLAINT

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 3, 2026                  /s/ *Anthony W. Brooks*
                                       Anthony W. Brooks

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system on August 3, 2026. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Dated: August 3, 2026                              /s/ *Anthony W. Brooks*
                                                   Anthony W. Brooks