# EXHIBIT A

SCOTT M. LOWRY, ESQ. (CA Bar No. 244,504)
E-Mail: Scott@LawLB.com
LOWRY BLIXSETH APC
30423 Canwood St., Ste. 215
Agoura Hills, California 91301
Telephone: 818-584-6460
Facsimile: 818-574-6026

JOHN W. MCILVAINE (*admitted pro hac vice*)
jmcilvaine@webblaw.com
ANTHONY W. BROOKS (*admitted pro hac vice*)
abrooks@webblaw.com
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone; 412-471-8815
Facsimile: 412-471-4094

*Attorneys for i4F Licensing N.V.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| I4F LICENSING N.V.,<br><br>Plaintiff,<br><br>v.<br><br>CHANGZHOU SUBILI NEW MATERIALS CO. LTD. (常州苏必利新材料有限公司); ZHEJIANG ECO NEW MATERIAL CO. LTD. (浙江奕科新材料股份有限公司); and ARTISAN FLOORS CORPORATION,<br><br>Defendants. | CASE NO. 2:26-CV-04985-FLA-BFM<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

1

## COMPLAINT FOR DAMAGES

Plaintiff I4F Licensing N.V. ("i4F"), through its counsel, hereby alleges the following for its Complaint against Defendants Changzhou Subili New Materials Co. Ltd. (常州苏必利新材料有限公司), Zhejiang Eco New Material Co. Ltd. (浙江奕科新材料股份有限公司); and Artisan Floors Corporation:

## PATENTS-IN-SUIT

1.      This is a civil action for the infringement of United States Patent No. 11,091,918, entitled "Covering Panel and Process of Producing Covering Panels" ("the '918 Patent"), United States Patent No. 11,794,396, entitled "Method of Producing a Glueless Dustless Composite Flooring Material System" ("the '396 Patent"), and United States Patent No. 12,427,753, entitled "Glueless Dustless Composite Flooring Material System." ("the '753 Patent", collectively, with the '918 and '396 Patents, the "Asserted Patents").

## PARTIES

2.      Plaintiff i4F is a Belgian company having a principal place of business at Industriedijk 19, 2300 Turnhout, Belgium.

3.      Upon information and belief, Changzhou Subili New Materials Co. Ltd. (常州苏必利新材料有限公司) ("Subili") is an entity organized under the laws of the People's Republic of China.

4.      Upon information and belief, Defendant Zhejiang Eco New Material Co. Ltd. (浙江奕科新材料股份有限公司) ("Zhejiang", collectively, with Defendant Subili, the "Chinese Defendants") is an entity organized under the laws of the People's Republic of China.

5.      Upon information and belief, Defendant Artisan Floors Corporation ("Artisan", collectively, with the Chinese Defendants, "Defendants"), is a California corporation with a principal place of business at 1903 Durfee Avenue, Building 2, South El Monte, CA 91733.

1

## JURISDICTION AND VENUE

6.    This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271 *et seq*.

7.    This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1338 and 1367.

8.    This Court has personal jurisdiction over Defendants because Defendants have committed, and continue to commit, acts of infringement in this district, as explained in further detail below.

9.    Alternatively, this Court has personal jurisdiction over the Chinese Defendants under Fed. R. Civ. P. 4(k)(2) for at least the reasons that they have committed acts of infringement in the United States, are not subject to the jurisdiction in any state's courts of general jurisdiction and have purposefully directed their infringing activity at United States residents.

10.    Venue is proper under 28 U.S.C. §§ 1391 and 1400(b) because Defendant Artisan resides in this District, has a regular and established place of business in this District and has caused acts of infringement in this District by way of its importation, use, sale and offer for sale of the Accused Products, defined below, in this District, and the Chinese Defendants are foreign corporations subject to personal jurisdiction in this District due to their acts of infringement by way of their sale, offer for sale and importation of the Accused Products in this District.

11.    In particular, and upon information and belief, Defendants have imported, sold, or offered to sell, and continue to import, sell or offer to sell stone plastic composite (SPC) floor panels or tiles utilizing the Lox locking system, marketed and licensed by i4F's competitor Vilox AB, (the "Accused Products") in the United States.

## PATENT INFRINGEMENT IN VIOLATION OF 35 U.S.C. § 271

12.    i4F repeats and re-alleges the averments contained in all preceding paragraphs of this Complaint as if fully stated herein.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

13. i4F is a research and development company focused primarily on the flooring industry. i4F's patent portfolio includes patents for flooring installation and wall mounting systems, material compositions, surface treatment as well as board production, outdoor and stair tread technologies. Patents and patent applications for i4F's technologies have been granted and filed, respectively, in many countries worldwide. i4F's technologies and patented inventions are incorporated into the products of over 150 leading flooring manufacturers in the United States and other countries, who are licensed by i4F. i4F's experienced technical team provides licensees with the technical designs and know-how needed to implement i4F's technologies on their products. i4F markets its patented locking systems for use on SPC floor panels, among others, as the 3L TripleLock and Click4U locking systems and licenses the same to third parties.

14. Plaintiff i4F is the owner of a vast patent portfolio, which includes the Asserted Patents.

15. Plaintiff i4F is the owner by assignment of the Asserted Patents.

16. The Chinese Defendants are manufacturers of PVC-based flooring materials, including SPC Floor Panels and tiles.

17. Defendant Subili operates its business under the trade name "Superior Floor":

Ex. A. (https://superiorfloor.cn/).

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

18.    Defendant Zhejiang operates its business under the trade name ECO and operates the website https://www.ecoflooring.com.cn/.

19.    Defendants Subili and Zhejiang utilize the same stylized ECO logo in connection with their flooring products:



Ex. A.



Ex. B (https://www.ecoflooring.com.cn/en/contact).

20.    The Chinese Defendants also share an office address as Subili identifies a "Zhejiang Head Office" with the same address as Zhejiang's contact address:

**Zhejiang Head office**

| Address | Telephone | Fax |
|---|---|---|
| No.38 Zijin Road, Puyuan High Tech Park, Tongxiang City, Zhejiang Province | +86-573-88811087 | 0086-573-88826006 |

Ex. C (https://superiorfloor.cn/contact/).

**Contact Ways**

| Address | Telephone |
|---|---|
| No. 38, Zijin Road, Puyuan High-tech Park, Tongxiang City, Zhejiang Province | 0086-573-88796666 |

Ex. B.

21.    Moreover, a Zhejiang Eco New Material Co., Ltd business card and product brochure accompanied product samples obtained by Plaintiff from Defendant Subili.

4

22. Upon information and belief, the Chinese Defendants are related as subsidiary-parent or as sister corporations.

23. Upon information and belief, the Chinese Defendants share facilities and employees.

24. Upon information and belief, the Chinese Defendants are under common ownership.

25. Upon information and belief, the same Accused Products are sold and manufactured by both Chinese Defendants.

26. SPC is a material that is a mixture of polyvinyl chloride (PVC) and a stone filler material, usually a stone dust or stone powder material, such as calcium carbonate or chalk.

27. The Accused Products are SPC floor panels and tiles that include an SPC substrate or core with a top layer applied to the top of the core.

28. Defendant Subili offers the Accused Products for sale in the United States, has sold them in the United States, and has imported them into the U.S.:



**FIND STOCK AROUND YOU**

In China, Superior floor offers distribution and installation capabilities in our own brand. In the world, Superior floor has become the partner of many world-famous brands. Our local partners can deliver their stock materials with installation service. Please contact us for details.

Ex. A.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

29.    Defendant Subili also offers the Accused Products for sale in the United States through the "Made-in-China" sales platform and Alibaba as shown below:

Ex. D. (https://superiorfloor.en.made-in-china.com/product/UQGYZwoJCchO/China-100-Free-of-Lead-Benzene-Spc-Luxury-Vinyl-Flooring-Spc-PVC-Floor-Tiles-Spc-PVC-Vinyl-Plastic-Floor-for-Terrace-Boards-Home-School.html).

30.    Defendant Zhejiang also sells and imports the Accused Products into the United States.

31.    The Accused Products sold by Defendant and imported into the United States include an SPC core layer comprising PVC and calcium carbonate, a PVC decorative film layer, a PVC wear layer, a UV cured coating and a click lock system:

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT



Ex. D.



Ex. E. (https://www.ecoflooring.com.cn/en/product/spc-155.html).

32.    Upon information and belief, to manufacture SPC floor panels and, thus, the Accused Products, the Chinese Defendants mix PVC resin with calcium carbonate

7

in amount of 15-75 wt. %, and more specifically in amounts between 20% and 35% PVC and 63% and 73% calcium carbonate by weight, with at least one plasticizer, including Bis(2-ethylhexyl) terephthalate or DOTP (Dioctyl terephthalate).

33.    The Chinese Defendants extrude the resulting mixture to obtain a substrate or SPC core layer, mold the mixture to the desired shape of the core/substrate, and lamintate the substrate to the top layer through a hot-melt overlaying process without glue:

## PRODUCTION PROCESS

Factory direct sales are guaranteed

Environment protection






Mixture          Extrusion          24/48 hours constant warehouse keep          UV coating






Opening slot lines      Planks check      Package/palatalize      Shipping

Ex. D

34.    Upon information and belief, the substrate is attached to the top layer at a temperature higher than the softening point of PVC but lower than the melting point of PVC.

35.    The top layer includes a transparent PVC wear layer, a textured decorative layer below the wear layer, and a UV cured top layer that is waterproof. Exs. D, E.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

36. The Accused Products are also provided with an underlayment layer on the bottom of the SPC substrate / core. Exs. D, E.

37. The resultant Accused Products are waterproof, fireproof, wear resistant and glueless. *See, e.g.,* Ex. D.

38. The Asserted Patents cover various aspects of floor panels/tiles, including SPC panels/tiles, and processes of producing the same.

39. Defendant Artisan has imported, sold and offered to sell the Accused Products in the United States.

40. At least Defendant Zhejiang has sold the Accused Products to Defendant Artisan in the United States.

41. Defendants are not licensed or otherwise authorized by i4F to practice the technology of the Asserted Patents.

42. Defendants' sale, offer for sale, and importation into the United States of the Accused Products infringe at least claims 1 and 8 of the '918 Patent (the "Asserted '918 Claims"), claims 1-4 and 6-11 of the '396 Patent (the "Asserted '396 Claims"), and claims 1-5, 8-10, 14, 17-19, and 21-24 of the '753 Patent (the "Asserted '753 Claims", collectively, with the Asserted '396 Claims and Asserted '918 Claims, the "Asserted Claims").

43. On January 25, 2026, Plaintiff sent a demand letter to Defendant Subili identifying its infringement of the Asserted Patents, demanding that Defendant Subili cease and desist from continuing said infringement, among other things.

44. Defendant Subili did not respond to Plaintiff's demand letter.

45. Defendant Zhejiang is a licensee of i4F for its 3L TripleLock and Click4U locking systems, but is not licensed to practice the technology of the Asserted Patents.

46. Upon information and belief, given Zhejiang's prior relationship with i4F, Zhejiang is and has been aware or is willfully blind to the existence and i4F's ownership of the Asserted Patents.

9

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

47.    In view of the foregoing, the Chinese Defendants' infringement of the Asserted Patents is willful.

48.    Upon service of this Complaint, Defendant Artisan will have notice of the Asserted Patents and any continued infringement of the same will be willful.

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 11,091,918

49.    i4F repeats and re-alleges the averments contained in all preceding paragraphs of this Complaint as if fully stated herein.

50.    Defendants import the Accused Products, manufactured by the processes recited in the Asserted '918 claims, into the United States and offer to sell and sell the same in the United States.

51.    The Chinese Defendants practice each and every element of the Asserted '918 Claims.

52.    The Accused Products are SPC floor panels or tiles manufactured by the Chinese Defendants. '918 Patent (claims 1, 8); *see also, e.g.,* Exs. D, E.

53.    Upon information and belief, the Chinese Defendants manufacture the Accused Products by mixing a synthetic material, namely PVC, with a filler material, namely calcium carbonate, in an amount from 15 to 75 wt % calcium carbonate. The resulting mixture is extruded to obtain an SPC substrate. '918 Patent (claims 1, 8); *see also, e.g.,* Ex. D.

54.    Upon information and belief, a top layer is laminated to the substrate, and the substrate is heated to a temperature above the softening point of PVC, but lower than the melting temperature and is annealed. '918 Patent (claims 1, 8); *see also, e.g.,* Ex. D.

55.    Defendants' activities using, importing, selling and/or offering to sell the Accused Products in the United States constitutes infringement of the Asserted '918 Claims under 35 U.S.C. § 271(g).

56.    Upon information and belief, the Chinese Defendants have urged or encouraged third parties, including distributors and retailers, such as Defendant

10

Artisan, to sell, offer to sell, distribute, import and/or use the Accused Products in the United States.

57.    The Chinese Defendants' conduct in this regard was done knowing or being willfully blind to the fact that said third parties' conduct infringes the Asserted '918 Claims and, thus, constitutes indirect infringement under 35 U.S.C. § 271(b).

58.    The Chinese Defendants' infringement is willful.

59.    Upon service of this Complaint, Defendant Artisan's continued infringement will be willful.

60.    i4F has been irreparably damaged and will continue to be irreparably damaged by reason of Defendants' infringement of the '918 Patent unless this Court restrains its infringing conduct.  i4F is without an adequate remedy at law.

## **COUNT II: INFRINGEMENT OF U.S. PATENT NO. 11,794,396**

61.    i4F repeats and re-alleges the averments contained in all preceding paragraphs of this Complaint as if fully stated herein.

62.    Defendants import the Accused Products into the United States and offer to sell and sell the same in the United States.

63.    The Accused Products practice each and every element of the Asserted '396 Claims.

64.    The Accused Products are composite flooring material segments including an SPC core or base layer, which is a mixture of PVC and calcium carbonate, and is free of glue, '396 Patent (claim 1):

///

///

11



*See* Ex. D; *see also, e.g.,* Ex. E

65.     Upon information and belief, the SPC core or base layer includes between 20% and 30% polyvinylcholoride and between 63% and 73% calcium carbonate by weight.

66.     The mixture is extruded at an elevated temperature and pressure through an extrusion mold to create an SPC base layer / core, '396 Patent (claim 1):

///

///

///

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

## PRODUCTION PROCESS

Factory direct sales are guaranteed

Environment protection





Mixture          Extrusion          24/48 hours constant warehouse keep          UV coating




Opening slot lines          Planks check          Package/palatalize          Shipping

*See, e.g.,* Ex. D.

67.     The Accused Products are provided with a face layer that includes a decorative sublayer and a wearing sublayer fused onto the top face of the decorative sublayer. '396 Patent (claim 1); *see also, e.g.,* Ex. D.

68.     Upon information and belief, the face layer is textured. '396 Patent (claim 1); *see also, e.g.,* Ex. D.

69.     Upon information and belief, the face layer is fused onto the top face of the SPC base layer by hot-melt overlaying by at least bringing the various layers into contact with one another and simultaneously heating and applying compression to fuse the layers together. '396 Patent (claim 1); *see also, e.g.,* Ex. D.

70.     A cured waterproof UV plastic resin coating layer is applied to the face layer and is cured by exposure to UV light.  '396 Patent (claim 1); *see also, e.g.,* Ex D.

13

71.     The Accused Products are free of compressed cellulose material.  '396 Patent (claim 2); *see also, e.g.,* Ex. D.

72.     The SPC base layer is waterproof, the decorative sublayer is a PVC decorative film with a printed and colored design thereon, the wearing layer is a transparent PVC polymer film, and the UV coating layer is transparent.  '396 Patent (claims 3, 6-11); *see also, e.g.,* Ex. D.

73.     Defendants' activities importing into or using, selling and/or offering to sell the Accused Products in the United States constitutes infringement of the Asserted '396 Claims under 35 U.S.C. § 271(a).

74.     Upon information and belief, the Chinese Defendants have urged or encouraged third parties, including distributors and retailers, including Defendant Artisan, to sell, offer to sell, distribute, import and/or use the Accused Products in the United States.

75.      The Chinese Defendants' conduct in this regard was done knowing or being willfully blind to the fact that said third parties' conduct infringes the Asserted '396 Claims and, thus, constitutes indirect infringement under 35 U.S.C. § 271(b).

76.     The Chinese Defendants infringement is willful.

77.     Upon service of this Complaint, Defendant Artisan's continued infringement will be willful.

78.     i4F has been irreparably damaged and will continue to be irreparably damaged by reason of Defendants' infringement of the '396 Patent unless this Court restrains its infringing conduct.  i4F is without an adequate remedy at law.

### COUNT III: INFRINGEMENT OF U.S. PATENT NO. 12,427,753

79.      i4F repeats and re-alleges the averments contained in all preceding paragraphs of this Complaint as if fully stated herein.

80.     Defendants import the Accused Products into the United States and offer to sell and sell the same in the United States.

81.     The Accused Products practice each and every element of the Asserted

'753 Claims.

82.    The Accused Products include an SPC base layer comprising PVC resin and calcium carbonate mixture.  '753 Patent (claim 1); *see also, e.g.,* Exs. D, E.

83.    Upon information and belief, the SPC base layer includes between 18.13% and 64.71% of PVC and between 32.35% and 72.53% calcium carbonate by weight.  '753 Patent (claim 17).

84.    The Accused Products are provided with face layer that includes a decorative sublayer and a wearing sublayer fused onto the top face of the decorative sublayer.  '753 Patent (claim 1); *see also, e.g.,* Exs. D, E.

85.    Upon information and belief, the wearing sublayer is fused onto the top face of the decorative sublayer by hot-melt overlaying by at least bringing the layers into contact with one another and simultaneously heating and applying compression to fuse the layers together.  '753 Patent (claim 1); *see also, e.g.,* Ex. D.

86.    The face layer is also fused to the top face of the SPC base layer by hot-melt overlaying by at least bringing the base layer and face layer into contact with one another and simultaneously heating and applying compression to fuse the layers together without adhesives.  '753 Patent (claim 1); *see also, e.g.,* Ex. D.

87.    The face layer includes a decorative sublayer which has a printed pattern or image thereon, and is decoratively textured with a texture being at least partially complementary to the pattern or image on the decorative sublayer.  '753 Patent (claims 1, 18); see also, e.g., Exs. D, E.

88.    The Accused Products also have a flooring coating layer comprising a UV-cured resin.  '753 Patent (claim 2); *see also, e.g.,* Exs. D, E.

89.    The Accused Products are also provided with an underlayment layer on the bottom of the SPC base layer / core.  '753 Patent (claim 4); *see also, e.g.,* Exs. D, E.

90.    The SPC base layer and the flooring face layer are waterproof, the decorative sublayer is a colored PVC decorative film with a printed pattern or image

thereon, the wearing layer is a transparent PVC polymer film that is wear-resistant, and the UV coating layer is transparent.  '753 Patent (claims 3, 5, 8-10, 23-24); *see also, e.g.,* Exs. D, E.

91.    The Accused Products are free of compressed cellulose.  '753 Patent (claim 14); *see also, e.g.,* Exs. D, E.

92.    The UV coating layer is applied as a film.  '753 Patent (claim 1); *see also, e.g.,* Exs. D, E.

93.    The Accused Products include coupling or installation profiles for installation and locking with adjacent panels / flooring segments.  '753 Patent (claims 21-22); *see also, e.g.,* Exs. D, E.

94.    Defendants' activities importing into, using, selling and/or offering to sell the Accused Products in the United States constitutes infringement of the Asserted '753 Claims under 35 U.S.C. § 271(a).

95.    Upon information and belief, the Chinese Defendants have urged or encouraged third parties, including distributors and retailers, including Defendant Artisan, to sell, offer to sell, distribute, import and/or use the Accused Products in the United States.  Ex. A.

96.     The Chinese Defendants' conduct in this regard was done knowing or being willfully blind to the fact that said third parties' conduct infringes the Asserted '753 Claims and, thus, constitutes indirect infringement under 35 U.S.C. § 271(b).

97.    The Chinese Defendants' infringement is willful.

98.    Upon service of this Complaint, Defendant Artisan's continued infringement will be willful.

99.    i4F has been irreparably damaged and will continue to be irreparably damaged by reason of Defendants infringement of the '753 Patent unless this Court restrains their infringing conduct.  i4F is without an adequate remedy at law.

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

## **DEMAND FOR JURY TRIAL**

**WHEREFORE**, pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury for all issues triable by a jury, and prays:

A.      that Defendants, their officers, employees, agents, and those persons in active participation with them be permanently enjoined from infringing the Asserted Patents;

B.      that judgment be entered finding that Defendants infringe the Asserted Patents;

C.      that Defendants be ordered to pay damages to i4F pursuant to 35 U.S.C. § 284 in an amount adequate to compensate i4F for the infringement, but not less than a reasonable royalty, including interest from the dates of infringement, resulting from Defendants' infringement of the Asserted Patents;

D.      that Defendants' infringement be deemed willful and, as a result, that Defendants be ordered to pay i4F treble damages pursuant to 35 U.S.C. § 284;

E.      that i4F be awarded its costs of this action and reasonable attorneys' fees pursuant to 35 U.S.C. § 284 and 285; and

F.      that i4F be awarded such further relief as this Court may deem just and proper.

Respectfully submitted,

Dated: August XX, 2026                   /s/
                                         Anthony W. Brooks, Esq.
                                         John W. McIlvaine, Esq.
                                         The Webb Law Firm
                                         One Gateway Center
                                         420 Ft. Duquesne Blvd., Suite 1200
                                         Pittsburgh, PA 15222
                                         Telephone: 412-471-8815
                                         Facsimile: 412-471-4094

                                         Scott M. Lowry, Esq.
                                         Lowry Blixseth APC

17

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

30423 Canwood St., Ste. 215
Agoura Hills, California 91301
Telephone: 818-584-6460
Facsimile: 818-574-6026

*Attorneys for i4F Licensing N.V.*

18

# EXHIBIT A

# Exhibit A

奕科 **SUPERIOR FLOOR**    Home   About Us   Flooring We Deal   Project Gallery   News   Contact

+(86) 15851972416   sally@superiorfloor.cn

## LUXURY FLOORING

Who doesn't like tile flooring? Beautiful designs, durable, and water-resistant. Unmatched styles and shapes to choose from. So, what are you waiting for? Come on and take this big step with us.

Read More

## PRODUCTS CENTER

| LUXURY VINYL | RIGID / HYBRID | 5MM LOOSE LAY | GLUE DOWN |

### LUXURY VINYL

Our luxury vinyl tile creates stunning floors that are meticulously designed to look like hardwood or stone, and built to endure the busiest lifestyles. From time-worn wood to modern marble, enjoy nature's diverse beauty throughout your home — in the kitchen, bath, basement and beyond.

Read More >



## SUPERIOR FLOOR CHINA

**EXHIBIT A - Page 1 of 3**



Superior floor is one of our brands which we are selling PVC composite tiles to overseas markets with much higher reputations of our global markets that is we registered in Singapore market.

We are mainly manufacture LVT of glue down(2mm,3mm) with natural wood grain deep / light texture surface, Luxury vinyl tile 4mm,5mm with 2G click systems with wood grain, EIR surface and the most popular herringbone wood design , 5mm loose lay; SPC hybrid rigid core planks 3.5mm,4mm,5mm and 6mm. 6*36", 12*24",7*48",9*72" are all available production.

Read More

## FIND STOCK AROUND YOU

In China, Superior floor offers distribution and installation capabilities in our own brand. In the world, Superior floor has become the partner of many world-famous brands. Our local partners can deliver their stock materials with installation service. Please contact us for details.



## NEWS





**EXHIBIT A - Page 2 of 3**



Revamp Your Home with Durable and Stylish SPC Flooring

Revamp Your Space with the Latest SPC Vinyl Flooring Trends

Luxury Vinyl Tile Flooring: The Perfect Choice for a Modern Home

PVC Flooring: The Advantages and Disadvantages You Need to Know

The Sophisticated Appeal of Luxury Vinyl Tiles: Elevating Your Home's Style

Experience Ultimate Luxury with LVT Vinyl Flooring

## Contact Us

Name

Phone

Email

Message

Submit

## Products

LUXURY VINYL

SPC RIGID / HYBRID

5MM LOOSE LAY

GLUE DOWN

FLOORING ACCESSORIES

## Company

ABOUT US

PROJECT GALLERY

NEWS

CONTACT US

SUPERIOR FLOOR®

Address: 4th Floor Building #4, NO.8 Lanxiang Road, Changzhou West Lake Technology Industry Park, Wujin District, Changzhou City, Jiangsu Province.

sally@superiorfloor.cn

+86-15851972416

+86-15851972416

Copyright © 2022 Superior Floor All rights reserved.

Contact us

**EXHIBIT A - Page 3 of 3**

# EXHIBIT B

Case 2:26-cv-04985-FLA-BFM    Document 28-1    Filed 08/03/26    Page 26 of 43   Page ID #:163

https://www.ecoflooring.com.cn/en/contact

May 4, 2026 at 1:00 PM EDT

HOME        About ECO        Products        News        Service        Contact ECO

cn  |  en

CONTACT

# Contact ECO

## Contact Ways

### Address

No. 38, Zijin Road, Puyuan High-tech Park, Tongxiang City, Zhejiang Province

### Telephone

0086-573-88796666

TOP

## Message

Name

Tel

E-mail

Add

Message content



Submit



About ECO / Products / Service / Contact ECO

Address : No. 38, Zijin Road, Puyuan High-tech Park, Tongxiang City, Zhejiang Province  314000

Telephone : 0086-573-88796666  Fax:

Copyright 2026 Zhejiang ECO New Materials Co., Ltd. All Rights Reserved

**EXHIBIT B - Page 2 of 2**

# EXHIBIT C

# Exhibit C



https://superiorfloor.cn/contact/

May 4, 2026 at 1:04 PM EDT

+(86) 15851972416    sally@superiorfloor.cn

Home    About Us    Flooring We Deal    Project Gallery    News    Contact

## Contact
Home / Contact

## Jiangsu Office

**Address**

4th Floor Building #4, NO.8 Lanxiang Road, Changzhou West Lake Technology Industry Park, Wujin District, Changzhou City, Jiangsu Province.

**Telephone**

+86-15851972416

**E-mail**

sally@superiorfloor.cn



## Zhejiang Head office

**Address**

No.38 Zijin Road, Puyuan High Tech Park, Tongxiang City, Zhejiang Province

**Telephone**

+86-573-88811087

**Fax**

0086-573-88826006



**EXHIBIT C - Page 1 of 2**



## Message

Name

Tel

Email

Message

Send



### Contact Us

Name

Phone

Email

Message

Submit

### Products

LUXURY VINYL

SPC RIGID / HYBRID

5MM LOOSE LAY

GLUE DOWN

FLOORING ACCESSORIES

### Company

ABOUT US

PROJECT GALLERY

NEWS

CONTACT US

SUPERIOR FLOOR

Address:  4th Floor Building #4, NO.8 Lanxiang Road, Changzhou West Lake Technology Industry Park, Wujin District, Changzhou City, Jiangsu Province.

sally@superiorfloor.cn

+86-15851972416

+86-15851972416

Copyright © 2022 Superior Floor All rights reserved.

Contact us

**EXHIBIT C - Page 2 of 2**

# EXHIBIT D

https://superiorfloor.en.made-in-china.com/product/UQGYZwoJCchO/China-100-Free-of-Lead-Benzene-Spc-Luxury-Vinyl-Flooring-Spc-PVC-Floor-Tiles-Spc-PVC-Vinyl-Plastic-Floor-for-Terrace-Boards-Home-School.html    May 5, 2026 at 1:07 PM EDT

Made-in-China
Connecting Buyers with Chinese Suppliers

Products ∨ | Enter a keyword to search products

Post My RFQ | Messages | Inquiry Basket | Sign in / Join

All Categories ∨ | SourcingAI | Secured Trading Service | Video Channel | Top-ranking Products | Top-ranking Product | Supplier ∨ | Buyer ∨ | Help ∨ | Apps ∨ | English ∨

Home > Construction & Decoration > Floors & Flooring > Plastic Floor

## 100% Free of Lead, Benzene Spc Luxury Vinyl Flooring Spc PVC Floor Tiles Spc PVC Vinyl Plastic Floor for Terrace Boards, Home, School

### US$6.20-9.00
3,000 Square Meters (MOQ)

**Send Inquiry** | **Chat Now**

### Product Details

| | |
|---|---|
| After-sales Service: | 1 Year |
| Warranty: | 1 Year |
| Material: | Spc,PVC,Vinyl |

**CHANGZHOU SUBILI NEW MATERIAL CO., LTD.** >

🛡 Secured Trading Service
💎 Diamond Member Since 2023
Ⓐ Audited Supplier
Address:
4th Floor Building #4, No. 8 Lanxiang Road, Changzhou West Lake Technology Industry Park, ...

⊙ Add Inquiry Basket to Compare

## Find Similar Products

     

| | | | | | |
|---|---|---|---|---|---|
| Wear-Resistant, High Elasticity Spc Luxury Vinyl Flooring for Bedroo... | 100% Waterproof & Environmental Protected Lvt PVC Vinyl Floor for... | It Makes The Space Look More Bright and Open Flooring by... | China Industrial Hot Selling Lvt Vinyl Click Plastic Floor for Office... | Quick Step Vinyl Click Luxury Plank Sheet Flooring for Living Room | High Temperature Resistance Lvt Vinyl Plank Floor for Residential |
| US$6.20-9.00 | US$8.00-10.00 | US$5.98-7.98 | US$8.00-10.00 | US$5.98-7.98 | US$8.00-10.00 |
| 3,000 Square Meters (MOQ) | 3,000 Square Meters (MOQ) | 3,000 Square Meters (MOQ) | 3,000 Square Meters (MOQ) | 3,000 Square Meters (MOQ) | 3,000 Square Meters (MOQ) |

Product Description | Company Info.

Overview | Product Description | Product Parameters | Detailed Photos | Our Advantage >

CHANGZHOU SUBILI NEW MA... >

**Ms. Sally Day**
General Manager

**Send Inquiry** | **Chat Now**

### Basic Info.

| | | | |
|---|---|---|---|
| Model NO. | SP 201XL | Style | Modern |
| Function | Anti-Slip, Moisture Proof, Rot Proof, Wear-Resistant, Fireproof, Waterproof, Soundproof, Anti-Static, Thermal Insulation | Thickness | Customizable |
| Lead Hardness | Hard | Surface Treatment | Parquet |
| Pattern | Wood Grain | Color | Multi-Color |
| State | Block | Usage | Household, Commercial, Sports |
| Certificate | SGS,Intertek, TUV ,Greenguard and CE | Feature | Waterproof Wear Resistant Anti-Slip |
| Product Name 1 | Spc Flooring | Product Name2 | PVC Flooring |
| Product Name3 | Plastic Flooring | Product Name4 | Vinyl Flooring |
| Raw Material | Virgin Material PVC | Surface | UV |

| | | | |
|---|---|---|---|
| Payment | T/T | Installation | Clicklock,Palletizing |
| Back Layer | IXPE/EVA | Transport Package | Carton |
| Specification | Customizable | Trademark | SUBILI |
| Origin | Changzhou, China | HS Code | 3918109000 |
| Production Capacity | 1000000 | | |

**Product Description**

**100% free of lead, benzene SPC Luxury Vinyl Flooring Spc PVC Floor Tiles Spc PVC Vinyl plastic Floor for Terrace Boards,Home,School**



Product Description

Plastic vinyl flooring is more and more popular new style ecofriendly vinyl flooring. SPC rigid flooring is set apart from other types of vinyl flooring by its uniquely resilient core layer.

SPC flooring is made of This core is made from a combination of natural limestone powder, polyvinyl chloride and some stabilizers. SPC is generally composed of four layers, from top to bottom are UV layer, wear-resistant layer, printing color film layer, substrate layer. Many manufacturers will also add a layer of silent floor mat at the bottom, shock absorption and sound reduction.

SPC vinyl is a luxury vinyl flooring option with a structurally rigid, 100% waterproof core. SPC is also known as rigid core vinyl. Rigid core engineered vinyl flooring is designed to look like wood or stone, but requires less upkeep.

This flooring is durable, waterproof, and perfect for DIY installation. It's ideal for both home and commercial areas.



EXHIBIT D - Page 2 of 9



Product Parameters

## SPC PRODUCT INSPECTION REPORT

| Items | Characteristics | Test Requirements | Measurement data (Number of non-conforming) | Verdict |
|---|---|---|---|---|
| Size & Thickness | Length | ±1mm | 1530 | Pass |
| | Width | ±0.15mm | 227.98-228.02 | Pass |
| | Thickness | ±0.20mm | 6.47-6.50 | Pass |
| Appearance | Gloss | 5-8 degrees | 5.0-7.5 | Pass |
| | Bubble | Not allowed | 0 | Pass |
| | Scratch | Not allowed | 0 | Pass |
| | White Edge | Not allowed | 0 | Pass |
| | Dent | ≤2/ctn | 0 | Pass |
| | Stain | Not allowed | 0 | Pass |
| | Spot | ≤2/ctn | 0 | Pass |
| | UV Highlights | Not allowed | 0 | Pass |
| | Other | Tongue minor breakage | 0 | Pass |
| Shrink & Warping | Width Direction | ≤0.15% | 0.038 | Pass |
| | Length Direction | ≤0.15% | 0.066 | Pass |
| | Warping | ≤1mm | 0.30 | Pass |
| Installation Effect | Straightness | <0.1mm | 0 | Pass |
| | Height Difference | <0.1mm | 0 | Pass |
| | Click Tightness | ≤0.1mm | 0 | Pass |
| | Gapping | <0.1mm | 0 | Pass |
| | Bevel Angle | As Customer Requirement | 0.15 | Pass |
| Pad | Pad Coverage | 100% cover | 100% | Pass |
| | Adhesion | By hand,not peel off | 0 | Pass |
| | Damage | Not allowed | 0 | Pass |
| | Coding | Date of profile | 2023/2/8 | Pass |
| Carton | Size | No empty;No over size | 0 | Pass |
| | End Mark | Same as the Specification | 0 | Pass |
| | Instructions | As Customer Requirement | / | Pass |
| | Color | According to the Samples | Printed ctns as required | Pass |
| | Date | As Customer Requirement | / | N/A |
| | Click Label | 1 label per ctn, attached to the upper left corner | / | Pass |
| Palletizing | Pallet Date | As Customer Requirement | / | N/A |
| | Fumigation | Fumigation code is required | / | Pass |
| | Pallet Size | Four sides should not exceed 1cm of cartons | 0 | Pass |
| | Mildew | Not allowed | 0 | Pass |
| | The Way of Palletizing | As Customer Requirement | As required | Pass |
| | Winding film | 3 winding film, to tighten | As required | Pass |
| | Pallet Mark | Same as the Specification | same | Pass |

Detailed Photos




**EXHIBIT D - Page 3 of 9**




Product Display

# PRODUCT DISPLAY
## Various styles, customizable

Environment protection



| | | | |
|---|---|---|---|
| SP2208 | SP2208E | SP2214EL | SP190505EXL |
| SP190508EL | SP190606EL | SP190611EL | SP190614E |
| SP190616L | SP190617XL | SP190619EL | SP190708EL |

Our Advantages

## Why Choose Us

**1.Thousands of styles for options**
Thousands of styles for options

**2.Easy to clean**
With no grout to clean and a protective finish that repels dirt and spills, caring for your vinyl sheet flooring is no sweat.

**3.High anti-fire Resistance**
Mold proofing,worm preventing,anti-corrosion,hightemperature resistance,and high precision link.

**4.Easy & Quick Installation**
Click system over 4 sides,without using keels,nails,glues special kits or installation skills

**5.100% Waterproof as well**
100% waterproof & environmental protected.It can be soaked into water for years(zero expansion)

**EXHIBIT D - Page 4 of 9**

6.Anti- slip RTO class
Abrasion resistance,anti-skidding(nonskid when being wet)

# OUR ADVANTAGES

6 advantages to meet your needs

Environment protection

     

| WATERPROOF | FIRE PREVENTION | NON-SLIP | WEAR-RESISTING | FORMALDEHYDE-FREE | THE WHOLE HOUSE IS PAVED |

Our Application

# SCENE DISPLAY

Applicable to multiple scenarios

Environment protection

  

| LIVING ROOM | BEDROOM | KITCHEN |

  

| STUDY | OFFICE | SHOWER ROOM |

Company Profile

## SUPERIOR FLOOR ™ Story

Superior floor is one of our brands which we are selling PVC composite tiles to overseas markets with much higher reputations of our global markets that is we registered in Singapore market.

We are mainly manufacture LVT of glue down(2mm,3mm) with natural wood grain deep / light texture surface, Luxury vinyl tile 4mm,5mm with 2G click systems with wood grain, EIR surface and the most popular herringbone wood design , 5mm loose lay; SPC hybrid rigid core planks 3.5mm,4mm,5mm and 6mm. 6*36", 12*24",7*48",9*72" are all available production.

Our Sales network covers North America, South America, Europe, South East Asia and some Africa countries, as one of global professional provider of flooring covering we focus on best quality to our SUPERIOR FOOR each client, dedicated to ensure that every client of SUPERIOR FLOOR is 100% Waterproof flooring,and demand different requirements during the process of each step, finally provide great service and create more durable space for our home. We carry on our founder's legacy to provide Superior Service and greater customer satisfaction.

# FACTORY DISPLAY

Factory direct sales are guaranteed

Environment protection

**EXHIBIT D - Page 5 of 9**




Production Process

# PRODUCTION PROCESS

Factory direct sales are guaranteed

Environment protection



| Mixture | Extrusion | 24/48 hours constant warehouse keep | UV coating |



| Opening slot lines | Planks check | Package/palatalize | Shipping |

Certifications

# CERTIFICATE DISPLAY

Professional inspection and certification

Environment protection



EXHIBIT D - Page 6 of 9













Packaging & Shipping



# PACKAGING&DELIVERY

Factory direct sales are guaranteed

Environment
protection










**EXHIBIT D - Page 7 of 9**



FAQ

**Q1:How do you guarantee the quality of your products?**
A:We use 100% virgin material and each step is strictly controlled by the QC team to make sure all our products turn out great

**Q2: What is your delivery time?**
A: Within 30 days after receipt of your order.

**Q3: What is your payment terms ?**
A: 30% deposit and 70% upon the copy of B/L.

**Q4: Do you have certification?**
A: We have passed SCS,INTERTEK, TUV ,GREENGUARD and CE.

**Q5: How do I properly clean and maintain my SPC flooring?**
A:To clean dirt that won't come up with a sweep or vacuum, use a non-rinsing cleaner that leaves no film and a mop. Never use an abrasive cleaner, oil cleaner, or dish detergent.

**Q6: Can I walk on my SPC flooring and mop it immediately after installation?**
A:It is not recommended that you walk on your SPC floor after installation for at least 24 hours. You can mop your floor immediately after installation.

**Q7:How do I repair a chip or scratch in my vinyl flooring?**
A:Chips and deep scratches in SPC generally cannot be removed, but can be hidden or concealed. To remove scuff marks try rubbing a drop of mineral spirits, turpentine, paint
thinner, or baby oil over the mark. Then wipe the scuff away with a soft cloth. Be sure to wipe the SPC floor thoroughly with a damp cloth afterwards, as these solutions can leave.

**Q8: What is the average lifetime of a vinyl flooring?**
A:The lifetime of vinyl flooring varies widely because differences in the quality of the product greatly impacts its longevity. Vinyl flooring generally lasts from five to 30 years. How well you care and maintain your floor will also impact how long it lasts

**To Know more price and products details, please send Inquiry. Response Time < 24 Hours**

## Send your message to this supplier

| *From: | Enter your email address |
|---|---|
| *To: | Ms. Sally Day |
| *Message: | We suggest you detail your product requirements and company information here. |

Enter between 20 to 4,000 characters.

Send    This is not what you are looking for?    ⊕ Post a Sourcing Request Now

## People who viewed this also viewed

    

**EXHIBIT D - Page 8 of 9**



Luxury 3mm 4mm 5mm 6mm Click Lock Rigid Spc Flooring Waterproof Plastic...

**US$5.98-7.98** / Square Meter

Click Lock Waterproof Anti-Slip 3mm 4mm 5mm Luxury Spc Vinyl Plank...

**US$5.98-7.98** / Square Meter

Click Plastic Tiles Plank PVC Spc Vinyl Flooring for Residential Commercial...

**US$5.98-7.98** / Square Meter

100% Environmentally Friendly Waterproof Luxury Vinyl Lvp Spc Floorin...

**US$5.98-7.98** / Square Meter

Waterproof PVC Vinyl Piso Click Floor Plastic Floor Tiles 5mm Spc Flooring

**US$5.98-7.98** / Square Meter



Cost Effective Factory Price 4mm Rigid Core PVC Spc Luxury Vinyl Plank Click...

**US$5.98-7.98** / Square Meter



100% Waterproof Stone Click Lock Self Adhesive Vinyl Tiles Spc Flooring Factor...

**US$5.98-7.98** / Square Meter



New Design 4mm 5mm 6mm Thickness Vinyl Plank PVC Floor Click Lock Syste...

**US$5.98-7.98** / Square Meter



Easy & Quick Installation Lvt PVC Vinyl Herringbone Parquet Floor for Bedroom,...

**US$5.98-7.98** / Square Meter



Anti-Corrosion Lvt PVC Vinyl Herringbone Parquet Spc Flooring for Sports Hall,...

**US$5.98-7.98** / Square Meter

## Watch Related Videos



What is 100% Free of Formaldehyde 2mm-3mm Lvt Dry Back Vinyl Click Flo...



What is Waterproof Click Luxury PVC Concrete Lvt Flooring Sheet for...



What is China Professional Production Lvt Vinyl Plank for Bedroom, Kitchen,...



What is Sound-Proof and Noise-Proof Spc Wood Flooring for Basements, Home



What is Wholesales China Factory Provide Vinyl Flooring Indoor Use PVC...

## Product Groups

Search Products 🔍    📄 Product Catalogs

SPC Flooring                LVT Flooring >                Herringbone Parquet                SPC Wall Panel

## Find Similar Products By Category

Supplier Homepage  >  Products  >  SPC Flooring  >  100% Free of Lead, Benzene Spc Luxury Vinyl Flooring Spc PVC...

## Related Categories

Other Floors    Floor Tile    Laminate Flooring    Stone Plastic Composite Flooring    Vinyl Pvc Flooring    Stone Polymer Composite Flooring

## Hot Searches

China Flooring    Floor Tile    China Vinyl    Wood Floor    Vinyl Wood Floor    Vinyl Pvc Flooring Tile    Wood Pvc Vinyl Flooring    Fireproof Pvc Vinyl Flooring    Durable Pvc Vinyl Flooring

Top 10 Flooring    Flooring Trends    Waterproof Flooring Bulkbuy

More ⌄

Hot Products  |  China Products  |  Chinese Manufacturers/Suppliers  |  China Wholesale  |  Wholesale Price  |  Industry Sites  |  Regional Channels  |  Product Index  |  Mobile Site  |  Insights

Language Options:  English  |  Español  |  Português  |  Français  |  Русский язык  |  Italiano  |  Deutsch  |  Nederlands  |  العربية  |  한국어  |  日本語  |  हिन्दी  |  ภาษาไทย  |  Türkçe  |  Tiếng Việt  |  Bahasa Indonesia

Copyright © 1998-2026 Focus Technology Co., Ltd. All Rights Reserved  |  User Agreement  |  Declaration  |  Privacy Policy

🟢 TradeMessenger

**EXHIBIT D - Page 9 of 9**

# EXHIBIT E

# Exhibit E



https://www.ecoflooring.com.cn/en/product/spc-155.html

May 4, 2026 at 1:17 PM EDT

HOME    About ECO    Products    News    Service    Contact ECO    cn | en



PRODUCTS
## Products



## ECOW9001

Classification

Wood grain

Optional size

150x935mm / 180x1220mm / 228x1220mm / 228x1540mm / 228x1800mm.

Optional thickness

- 3.5mm / 4.0mm / 4.2mm / 4.5mm / 5.0mm / 5.5mm / 6.0mm

Optional embossing

JD-2 / JD-1 / Tick Wood / Deep Wood / Light Wood / Super Light Wood

Detailed structure

### SPC Click Flooring



## RECOMMENDED FOR YOU



Wood grain
ECOW2508



Wood grain
ECOW2030



Wood grain
ECOW2029



Wood grain
ECOW2028



Wood grain
ECOW2011-12

**EXHIBIT E - Page 1 of 2**

About ECO / Products / Service / Contact ECO

Address: No. 38, Zijin Road, Puyuan High-tech Park, Tongxiang City, Zhejiang Province  314000

Telephone: 0086-573-88796666  Fax:

Copyright 2026 Zhejiang ECO New Materials Co., Ltd. All Rights Reserved

**EXHIBIT E - Page 2 of 2**