**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| I4F LICENSING N.V., | **Case No. 2:26-CV-04985-FLA-BFM** |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |
| CHANGZHOU SUBILI NEW MATERIALS CO., LTD.; ZHEJIANG ECO NEW MATERIAL CO., LTD; and ARTISAN FLOORS CORPORATION, | |
| Defendants. | |

Plaintiff I4F Licensing N.V. ("Plaintiff") and Defendant Artisan Floors Corporation (collectively with Plaintiff, the "Stipulating Parties") filed a joint stipulation proposing that Plaintiff file a First Amended Complaint.

Having considered the Stipulating Parties' joint stipulation, and finding good cause thereof, the Court hereby **ORDERS** the following:

- Plaintiff shall promptly file the First Amended Complaint attached to the Parties' Stipulation to File First Amended Complaint as Exhibit A.

1

**IT IS SO ORDERED**.


Dated: _____     By: _____
                                         Honorable Fernando L. Aenlle-Rocha
                                         United States District Judge