

https://superiorfloor.cn/                                                                                                      May 4, 2026 at 12:53 PM EDT

📞 +(86) 15851972416     ✉ sally@superiorfloor.cn          f  ⌾  ⓦ

奕科 **SUPERIOR FLOOR**®     Home     About Us     Flooring We Deal     Project Gallery     News     Contact



# LUXURY FLOORING

Who doesn't like tile flooring? Beautiful designs, durable, and water-resistant. Unmatched styles and shapes to choose from. So, what are you waiting for? Come on and take this big step with us.

Read More

## PRODUCTS CENTER

| LUXURY VINYL | RIGID / HYBRID | 5MM LOOSE LAY | GLUE DOWN |

### LUXURY VINYL

Our luxury vinyl tile creates stunning floors that are meticulously designed to look like hardwood or stone, and built to endure the busiest lifestyles. From time-worn wood to modern marble, enjoy nature's diverse beauty throughout your home — in the kitchen, bath, basement and beyond.

Read More ›



## SUPERIOR FLOOR CHINA



Superior floor is one of our brands which we are selling PVC composite tiles to overseas markets with much higher reputations of our global markets that is we registered in Singapore market.

We are mainly manufacture LVT of glue down(2mm,3mm) with natural wood grain deep / light texture surface, Luxury vinyl tile 4mm,5mm with 2G click systems with wood grain, EIR surface and the most popular herringbone wood design , 5mm loose lay; SPC hybrid rigid core planks 3.5mm,4mm,5mm and 6mm. 6*36'', 12*24'',7*48'',9*72'' are all available production.

Read More

## FIND STOCK AROUND YOU

In China, Superior floor offers distribution and installation capabilities in our own brand. In the world, Superior floor has become the partner of many world-famous brands. Our local partners can deliver their stock materials with installation service. Please contact us for details.



## NEWS







Revamp Your Home with Durable and Stylish SPC Flooring

Revamp Your Space with the Latest SPC Vinyl Flooring Trends

Luxury Vinyl Tile Flooring: The Perfect Choice for a Modern Home



PVC Flooring: The Advantages and Disadvantages You Need to Know

The Sophisticated Appeal of Luxury Vinyl Tiles: Elevating Your Home's Style

Experience Ultimate Luxury with LVT Vinyl Flooring

## Contact Us

Name

Phone

Email

Message

Submit

## Products

LUXURY VINYL

SPC RIGID / HYBRID

5MM LOOSE LAY

GLUE DOWN

FLOORING ACCESSORIES

## Company

ABOUT US

PROJECT GALLERY

NEWS

CONTACT US



**Address:** 4th Floor Building #4, NO.8 Lanxiang Road, Changzhou West Lake Technology Industry Park, Wujin District, Changzhou City, Jiangsu Province.

✉ sally@superiorfloor.cn

📞 +86-15851972416

✆ +86-15851972416

Copyright © 2022 Superior Floor All rights reserved.

Contact us