# Exhibit B



https://www.ecoflooring.com.cn/en/contact

May 4, 2026 at 1:00 PM EDT



ECO 奕科®    HOME    About ECO    Products    News    Service    Contact ECO    cn  |  en

CONTACT
## Contact ECO

## Contact Ways



**Address**

No. 38, Zijin Road, Puyuan High-tech Park, Tongxiang City, Zhejiang Province



**Telephone**

0086-573-88796666



## Message



Name

Tel

E-mail

Add

Message content



Captcha



Submit



About ECO / Products / Service / Contact ECO

Address：No. 38, Zijin Road, Puyuan High-tech Park, Tongxiang City, Zhejiang Province  314000

Telephone：0086-573-88796666  Fax：

TOP

Copyright 2026 Zhejiang ECO New Materials Co., Ltd. All Rights Reserved.