

https://superiorfloor.cn/contact/

May 4, 2026 at 1:04 PM EDT

📞 +(86) 15851972416     ✉ sally@superiorfloor.cn     f ⊙ ⓦ

**奕科 SUPERIOR FLOOR**

Home     About Us     Flooring We Deal     Project Gallery     News     Contact

## Contact

Home / Contact

## Jiangsu Office



**Address**

4th Floor Building #4, NO.8 Lanxiang Road, Changzhou West Lake Technology Industry Park, Wujin District, Changzhou City, Jiangsu Province.

**Telephone**

+86-15851972416

**E-mail**

sally@superiorfloor.cn



## Zhejiang Head office

**Address**

No.38 Zijin Road, Puyuan High Tech Park, Tongxiang City, Zhejiang Province

**Telephone**

+86-573-88811087

**Fax**

0086-573-88826006



# Message

Name

Tel

Email

Message

Send



## Contact Us

Name

Phone

Email

Message

Submit

## Products

LUXURY VINYL

SPC RIGID / HYBRID

5MM LOOSE LAY

GLUE DOWN

FLOORING ACCESSORIES

## Company

ABOUT US

PROJECT GALLERY

NEWS

CONTACT US

**Address:** 4th Floor Building #4, NO.8 Lanxiang Road, Changzhou West Lake Technology Industry Park, Wujin District, Changzhou City, Jiangsu Province.

sally@superiorfloor.cn

+86-15851972416

+86-15851972416

Contact us

Copyright © 2022 Superior Floor All rights reserved.