https://superiorfloor.en.made-in-china.com/product/UQGYZwoJCchO/China-100-Free-of-Lead-Benzene-Spc-Luxury-Vinyl-Flooring-Spc-PVC-Floor-Tiles-Spc-PVC-Vinyl-Plastic-Floor-for-Terrace-Boards-Home-School.html

May 5, 2026 at 1:07 PM EDT



**Made-in-China** — Connecting Buyers with Chinese Suppliers

Products ▾ | Enter a keyword to search products 🔍

Post My RFQ | Messages | Inquiry Basket | Sign in / Join

All Categories ▾ | SourcingAI | Secured Trading Service | Video Channel | Top-ranking Products | Top-ranking Product | Supplier ▾ | Buyer ▾ | Help ▾ | Apps ▾ | English ▾

Home › Construction & Decoration › Floors & Flooring › Plastic Floor



    

 Add Inquiry Basket to Compare

### 100% Free of Lead, Benzene Spc Luxury Vinyl Flooring Spc PVC Floor Tiles Spc PVC Vinyl Plastic Floor for Terrace Boards, Home, School

**US$6.20-9.00**
3,000 Square Meters (MOQ)

**Send Inquiry** | 🔘 Chat Now

#### Product Details ›

| | |
|---|---|
| After-sales Service: | 1 Year |
| Warranty: | 1 Year |
| Material: | Spc,PVC,Vinyl |

 **CHANGZHOU SUBILI NEW MATERIAL CO., LTD.** ›

🟢 Secured Trading Service
🔷 Diamond Member Since 2023
Ⓐ Audited Supplier
Address
4th Floor Building #4, No. 8 Lanxiang Road, Changzhou West Lake Technology Industry Park, ...

## Find Similar Products

     

| Wear-Resistant, High Elasticity Spc Luxury Vinyl Flooring for Bedroo... | 100% Waterproof & Environmental Protected Lvt PVC Vinyl Floor for... | It Makes The Space Look More Bright and Open Flooring by... | China Industrial Hot Sellling Lvt Vinyl Click Plastic Floor for Office... | Quick Step Vinyl Click Luxury Plank Sheet Flooring for Living Room | High Temperature Resistance Lvt Vinyl Plank Floor for Residential |
|---|---|---|---|---|---|
| US$6.20-9.00 | US$8.00-10.00 | US$5.98-7.98 | US$8.00-10.00 | US$5.98-7.98 | US$8.00-10.00 |
| 3,000 Square Meters (MOQ) | 3,000 Square Meters (MOQ) | 3,000 Square Meters (MOQ) | 3,000 Square Meters (MOQ) | 3,000 Square Meters (MOQ) | 3,000 Square Meters (MOQ) |

**Product Description** | Company Info.

Overview | Product Description | Product Parameters | Detailed Photos | Our Advantage ‹ ›

**CHANGZHOU SUBILI NEW MA...** ›

**Ms. Sally Day**
General Manager

**Send Inquiry**
🔘 Chat Now

### Basic Info.

| | | | |
|---|---|---|---|
| Model NO. | SP 201XL | Style | Modern |
| Function | Anti-Slip, Moisture Proof, Rot Proof, Wear-Resistant, Fireproof, Waterproof, Soundproof, Anti-Static, Thermal Insulation | Thickness | Customizable |
| Lead Hardness | Hard | Surface Treatment | Parquet |
| Pattern | Wood Grain | Color | Multi-Color |
| State | Block | Usage | Household, Commercial, Sports |
| Certificate | SGS,Intertek, TUV ,Greenguard and CE | Feature | Waterproof Wear Resistant Anti-Slip |
| Product Name 1 | Spc Flooring | Product Name2 | PVC Flooring |
| Product Name3 | Plastic Flooring | Product Name4 | Vinyl Flooring |
| Raw Material | Virgin Material PVC | Surface | UV |

| Payment | T/T | | Installation | Clicklock,Palletizing |
|---|---|---|---|---|
| Back Layer | IXPE/EVA | | Transport Package | Carton |
| Specification | Customizable | | Trademark | SUBILI |
| Origin | Changzhou, China | | HS Code | 3918109000 |
| Production Capacity | 1000000 | | | |

**Product Description**

**100% free of lead, benzene SPC Luxury Vinyl Flooring Spc PVC Floor Tiles Spc PVC Vinyl plastic Floor for Terrace Boards,Home,School**



| Product Description |
|---|

Plastic vinyl flooring is more and more popular new style ecofriendly vinyl flooring. SPC rigid flooring is set apart from other types of vinyl flooring by its uniquely resilient core layer.

SPC flooring is made of This core is made from a combination of natural limestone powder, polyvinyl chloride and some stabilizers. SPC is generally composed of four layers, from top to bottom are UV layer, wear-resistant layer, printing color film layer, substrate layer. Many manufacturers will also add a layer of silent floor mat at the bottom, shock absorption and sound reduction.

SPC vinyl is a luxury vinyl flooring option with a structurally rigid, 100% waterproof core. SPC is also known as rigid core vinyl. Rigid core engineered vinyl flooring is designed to look like wood or stone, but requires less upkeep.

This flooring is durable, waterproof, and perfect for DIY installation. It's ideal for both home and commercial areas.





## Product Parameters

### SPC PRODUCT INSPECTION REPORT

| Items | Characteristics | Test Requirements | Measurement data (Number of non-conforming) | Verdict |
|---|---|---|---|---|
| Size & Thickness | Length | ±1mm | 1530 | Pass |
| | Width | ±0.15mm | 227.98-228.02 | Pass |
| | Thickness | ±0.20mm | 6.47-6.50 | Pass |
| Appearance | Gloss | 5-8 degrees | 5.0-7.5 | Pass |
| | Bubble | Not allowed | 0 | Pass |
| | Scratch | Not allowed | 0 | Pass |
| | White Edge | Not allowed | 0 | Pass |
| | Dent | ≤2/ctn | 0 | Pass |
| | Stain | Not allowed | 0 | Pass |
| | Spot | ≤2/ctn | 0 | Pass |
| | UV Highlights | Not allowed | 0 | Pass |
| | Other | Tongue minor breakage | 0 | Pass |
| Shrink & Warping | Width Direction | ≤0.15% | 0.038 | Pass |
| | Length Direction | ≤0.15% | 0.066 | Pass |
| | Warping | ≤1mm | 0.30 | Pass |
| Installation Effect | Straightness | <0.1mm | 0 | Pass |
| | Height Difference | <0.1mm | 0 | Pass |
| | Click Tightness | ≤0.1mm | 0 | Pass |
| | Gapping | <0.1mm | 0 | Pass |
| | Bevel Angle | As Customer Requirement | 0.15 | Pass |
| Pad | Pad Coverage | 100% cover | 100% | Pass |
| | Adhesion | By hand,not peel off | 0 | Pass |
| | Damage | Not allowed | 0 | Pass |
| | Coding | Date of profile | 2023/2/8 | Pass |
| Carton | Size | No empty;No over size | 0 | Pass |
| | End Mark | Same as the Specification | 0 | Pass |
| | Instructions | As Customer Requirement | / | Pass |
| | Color | According to the Samples | Printed ctns as required | Pass |
| | Date | As Customer Requirement | / | N/A |
| | Click Label | 1 label per ctn, attached to the upper left corner | / | Pass |
| Palletizing | Pallet Date | As Customer Requirement | / | N/A |
| | Fumigation | Fumigation code is required | / | Pass |
| | Pallet Size | Four sides should not exceed 1cm of cartons | 0 | Pass |
| | Mildew | Not allowed | 0 | Pass |
| | The Way of Palletizing | As Customer Requirement | As required | Pass |
| | Winding film | 3 winding film, to tighten | As required | Pass |
| | Pallet Mark | Same as the Specification | same | Pass |

## Detailed Photos





 

Product Display

# PRODUCT DISPLAY

## Various styles, customizable

Environment protection



| SP2208 | SP2208E | SP2214EL | SP190505EXL |
| SP190508EL | SP190606EL | SP190611EL | SP190614E |
| SP190616L | SP190617XL | SP190619EL | SP190708EL |

Our Advantages

## Why Choose Us

**1.Thousands of styles for options**
Thousands of styles for options

**2.Easy to clean**
With no grout to clean and a protective finish that repels dirt and spills, caring for your vinyl sheet flooring is no sweat.

**3.High anti-fire Resistance**
Mold proofing,worm preventing,anti-corrosion,hightemperature resistance,and high precision link.

**4.Easy & Quick Installation**
Click system over 4 sides,without using keels,nails,glues special kits or installation skills

**5.100% Waterproof as well**
100% waterproof & environmental protected.It can be soaked into water for years(zero expansion)

**6.Anti- slip R10 class**
Abrasion resistance,anti-skidding(nonskid when being wet)

# OUR ADVANTAGES

## 6 advantages to meet your needs

Environment protection

     

| WATERPROOF | FIRE PREVENTION | NON-SLIP | WEAR-RESISTING | FORMALDEHYDE-FREE | THE WHOLE HOUSE IS PAVED |

Our Application

# SCENE DISPLAY

## Applicable to multiple scenarios

Environment protection

  

**LIVING ROOM**      **BEDROOM**      **KITCHEN**

  

**STUDY**      **OFFICE**      **SHOWER ROOM**

Company Profile

## SUPERIOR FLOOR ™ Story

Superior floor is one of our brands which we are selling PVC composite tiles to overseas markets with much higher reputations of our global markets that is we registered in Singapore market.

We are mainly manufacture LVT of glue down(2mm,3mm) with natural wood grain deep / light texture surface, Luxury vinyl tile 4mm,5mm with 2G click systems with wood grain, EIR surface and the most popular herringbone wood design , 5mm loose lay; SPC hybrid rigid core planks 3.5mm,4mm,5mm and 6mm. 6*36", 12*24",7*48",9*72" are all available production.

Our Sales network covers North America, South America, Europe, South East Asia and some Africa countries, as one of global professional provider of flooring covering we focus on best quality to our SUPERIOR FOOR each client, dedicated to ensure that every client of SUPERIOR FLOOR is 100% Waterproof flooring,and demand different requirements during the process of each step, finally provide great service and create more durable space for our home. We carry on our founder's legacy to provide Superior Service and greater customer satisfaction.

# FACTORY DISPLAY

## Factory direct sales are guaranteed

Environment protection

  
  

Production Process

# PRODUCTION PROCESS

## Factory direct sales are guaranteed

Environment protection


01. Mixture


02. Extrusion


03. 24/48 hours constant warehouse keep


04. UV coating


05 Opening slot lines


06 Planks check


07 Package/palatalize


08 Shipping

Certifications

# CERTIFICATE DISPLAY

## Professional inspection and certification

Environment protection



SUPERIOR FLOOR
LUXURY RESILIENT VINYL FLOORING

    

 

 

Packaging & Shipping

# PACKAGING & DELIVERY

Factory direct sales are guaranteed

Environment protection

  

   



| FAQ |
| --- |

**Q1:How do you guarantee the quality of your products?**
A:We use 100% virgin material and each step is strictly controlled by the QC team to make sure all our products turn out great

**Q2: What is your delivery time?**
A: Within 30 days after receipt of your order.

**Q3: What is your payment terms ?**
A: 30% deposit and 70% upon the copy of B/L.

**Q4: Do you have certification?**
A: We have passed SCS,INTERTEK, TUV ,GREENGUARD and CE.

**Q5: How do I properly clean and maintain my SPC flooring?**
A:To clean dirt that won't come up with a sweep or vacuum, use a non-rinsing cleaner that leaves no film and a mop. Never use an abrasive cleaner, oil cleaner, or dish detergent.

**Q6: Can I walk on my SPC flooring and mop it immediately after installation?**
A:It is not recommended that you walk on your SPC floor after installation for at least 24 hours. You can mop your floor immediately after installation.

**Q7:How do I repair a chip or scratch in my vinyl flooring?**
A:Chips and deep scratches in SPC generally cannot be removed, but can be hidden or concealed. To remove scuff marks try rubbing a drop of mineral spirits, turpentine, paint
thinner, or baby oil over the mark. Then wipe the scuff away with a soft cloth. Be sure to wipe the SPC floor thoroughly with a damp cloth afterwards, as these solutions can leave.

**Q8: What is the average lifetime of a vinyl flooring?**
A:The lifetime of vinyl flooring varies widely because differences in the quality of the product greatly impacts its longevity. Vinyl flooring generally lasts from five to 30 years. How well you care and maintain your floor will also impact how long it lasts

**To Know more price and products details, please send Inquiry. Response Time < 24 Hours**

## Send your message to this supplier

| *From: | Enter your email address |
| --- | --- |
| *To: | Ms. Sally Day |
| *Message: | We suggest you detail your product requirements and company information here. |

Enter between 20 to 4,000 characters.

Send     This is not what you are looking for?     Post a Sourcing Request Now

## People who viewed this also viewed

    



Luxury 3mm 4mm 5mm 6mm Click Lock Rigid Spc Flooring Waterproof Plastic...

**US$5.98-7.98** / Square Meter



Click Lock Waterproof Anti-Slip 3mm 4mm 5mm Luxury Spc Vinyl Plank...

**US$5.98-7.98** / Square Meter



Click Plastic Tiles Plank PVC Spc Vinyl Flooring for Residential Commercial...

**US$5.98-7.98** / Square Meter



100% Environmentally Friendly Waterproof Luxury Vinyl Lvp Spc Floorin...

**US$5.98-7.98** / Square Meter



Waterproof PVC Vinyl Piso Click Floor Plastic Floor Tiles 5mm Spc Flooring

**US$5.98-7.98** / Square Meter



Cost Effective Factory Price 4mm Rigid Core PVC Spc Luxury Vinyl Plank Click...

**US$5.98-7.98** / Square Meter



100% Waterproof Stone Click Lock Self Adhesive Vinyl Tiles Spc Flooring Factor...

**US$5.98-7.98** / Square Meter



New Design 4mm 5mm 6mm Thickness Vinyl Plank PVC Floor Click Lock Syste...

**US$5.98-7.98** / Square Meter



Easy & Quick Installation Lvt PVC Vinyl Herringbone Parquet Floor for Bedroom,...

**US$5.98-7.98** / Square Meter



Anti-Corrosion Lvt PVC Vinyl Herringbone Parquet Spc Flooring for Sports Hall,...

**US$5.98-7.98** / Square Meter

## Watch Related Videos

What is 100% Free of Formaldehyde 2mm-3mm Lvt Dry Back Vinyl Click Flo...

What is Waterproof Click Luxury PVC Concrete Lvt Flooring Sheet for...

What is China Professional Production Lvt Vinyl Plank for Bedroom, Kitchen,...

What is Sound-Proof and Noise-Proof Spc Wood Flooring for Basements, Home

What is Wholesales China Factory Provide Vinyl Flooring Indoor Use PVC...

## Product Groups

Search Products 🔍     📄 Product Catalogs

SPC Flooring            LVT Flooring ›            Herringbone Parquet            SPC Wall Panel

## Find Similar Products By Category

Supplier Homepage  ›  Products  ›  SPC Flooring  ›  100% Free of Lead, Benzene Spc Luxury Vinyl Flooring Spc PVC...

### Related Categories

Other Floors | Floor Tile | Laminate Flooring | Stone Plastic Composite Flooring | Vinyl Pvc Flooring | Stone Polymer Composite Flooring

### Hot Searches

China Flooring | Floor Tile | China Vinyl | Wood Floor | Vinyl Wood Floor | Vinyl Pvc Flooring Tile | Wood Pvc Vinyl Flooring | Fireproof Pvc Vinyl Flooring | Durable Pvc Vinyl Flooring | Top 10 Flooring | Flooring Trends | Waterproof Flooring Bulkbuy

More ⌄

Hot Products | China Products | Chinese Manufacturers/Suppliers | China Wholesale | Wholesale Price | Industry Sites | Regional Channels | Product Index | Mobile Site | Insights

Language Options:  English | Español | Português | Français | Русский язык | Italiano | Deutsch | Nederlands | العربية | 한국어 | 日本語 | हिन्दी | ภาษาไทย | Türkçe | Tiếng Việt | Bahasa Indonesia

Copyright © 1998-2026 Focus Technology Co., Ltd. All Rights Reserved. | User Agreement | Declaration | Privacy Policy

TradeMessenger