

HOME    About ECO    Products    News    Service    Contact ECO    cn | en



PRODUCTS
# Products



## ECOW9001

Classification

Wood grain

Optional size

150x935mm / 180x1220mm / 228x1220mm / 228x1540mm / 228x1800mm.

Optional thickness

- 3.5mm / 4.0mm / 4.2mm / 4.5mm / 5.0mm / 5.5mm / 6.0mm

Optional embossing

JD-2 / JD-1 / Tick Wood / Deep Wood / Light Wood / Super Light Wood

Detailed structure



SPC Click Flooring

UV COATING  UV超强耐磨油漆
WEAR LAYER  耐磨层
DECORATION LAYER  装饰层
SPC RIGID CORE LAYER  SPC基材层
IXPE FOAM BACKING  弹性静音垫



## RECOMMENDED FOR YOU


Wood grain
ECOW2508


Wood grain
ECOW2030


Wood grain
ECOW2029


Wood grain
ECOW2028


Wood grain
ECOW2011-12





About ECO / Products / Service / Contact ECO

Address：No. 38, Zijin Road, Puyuan High-tech Park, Tongxiang City, Zhejiang Province  314000

Telephone：0086-573-88796666  Fax：

Copyright 2026 Zhejiang ECO New Materials Co., Ltd. All Rights Reserved.