AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Central District of California

|  |  |
|---|---|
| I4F LICENSING N.V. <br><br><br> *Plaintiff(s)* <br><br> v. <br><br> CHANGZHOU SUBILI NEW MATERIALS CO. LTD. (常州苏必利新材料有限公司); ZHEJIANG ECO NEW MATERIAL CO. LTD. (浙江奕科新材料股份有限公司); and ARTISAN FLOORS CORPORATION <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:26-CV-04985   FLA (BFMx) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Zhejiang Eco New Material Co. Ltd.
　　　　　　　(浙江奕科新材料股份有限公司)
　　　　　　Buildings 1-6
　　　　　　No. 38 Zijin Road
　　　　　　Puyuan Town, Tongxiang
　　　　　　Jiaxing, Zhejiang Province
　　　　　　(浙江省嘉兴市桐乡市濮院镇紫金路38号1-6幢)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT M. LOWRY　　　　　　　　　　ANTHONY W. BROOKS
LOWRY BLIXSETH APC　　　　　　　　THE WEBB LAW FIRM
30423 Canwood St., Ste. 215　　　　　　One Gateway Center
Agoura Hills, California 91301　　　　　420 Ft. Duquesne Blvd., Suite 1200
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:　　　AUGUST 12, 2026　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*