AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| I4F LICENSING N.V. <br><br> *Plaintiff(s)* <br><br> v. <br><br> CHANGZHOU SUBILI NEW MATERIALS CO. LTD. (常州苏必利新材料有限公司); ZHEJIANG ECO NEW MATERIAL CO. LTD. (浙江奕科新材料股份有限公司); and ARTISAN FLOORS CORPORATION <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:26-CV-04985    FLA (BFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Changzhou Subili New Materials Co. Ltd.
(常州苏必利新材料有限公司)
2nd Floor, Building 4
No. 8 Lanxiang Road
Changzhou West Taihu Science and Technology Industrial Park
Jiangsu Province
(江苏省常州西太湖科技产业园兰香路8号4号楼2楼)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT M. LOWRY                          ANTHONY W. BROOKS
LOWRY BLIXSETH APC                  THE WEBB LAW FIRM
30423 Canwood St., Ste. 215          One Gateway Center
Agoura Hills, California 91301          420 Ft. Duquesne Blvd., Suite 1200
                                                       Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    AUGUST 12, 2026

_____
*Signature of Clerk or Deputy Clerk*