Narek Zohrabyan (CA BAR NO. 290385)
**Phil IP Law Inc.**
500 North Brand Blvd., Suite 1690
Glendale, California 91203
Telephone: (619) 929-0606
Email: nzoh@philip.law

Attorney for Defendant ARTISAN FLOORS CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

I4F LICENSING N.V.,

Plaintiff,

vs.

CHANGZHOU SUBILI NEW MATERIALS CO., LTD. (常州苏必利新 材料有限公司); ZHEJIANG ECO NEW MATERIAL CO., LTD. (浙江奕科新材 料股份有限公司); and ARTISAN FLOORS CORPORATION,

Defendants.

Case No. 2:26–cv–04985–FLA–BFM

District Judge:
Hon. Fernando L. Aenlle-Rocha

Magistrate Judge:
Hon. Brianna Fuller Mircheff

**THIRD STIPULATION AND JOINT REQUEST TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT BY 30 DAYS**

Action Filed: May 8, 2026
Complaint Served: May 19, 2026
Current Response Date: August 24, 2026
New Response Date: September 23, 2026

**STIPULATION**

Defendant Artisan Floors Corporation ("Defendant") and Plaintiff i4F Licensing, N.V. ("i4F" or "Plaintiff" and, collectively with Defendant, the "Stipulating Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 8, 2026, Plaintiff filed its Complaint in this action;

WHEREAS, Plaintiff served its Complaint on Defendant on May 19, 2026;

WHEREAS, Defendant's deadline to respond to the Complaint was originally June 9, 2026;

WHEREAS, pursuant to Local Rule 8-3, the parties previously conferred and agreed to extend Defendant's deadline to respond to the Complaint by 30 days to July 9, 2026;

WHEREAS, the Stipulating Parties thereafter agreed to a second 30-day extension of Defendant's deadline to respond to the Complaint, from July 9, 2026 to August 8, 2026; because August 8, 2026 fell on a Saturday, the response deadline was August 10, 2026 pursuant to Federal Rule of Civil Procedure 6(a)(1)(C);

WHEREAS, on July 28, 2026, Plaintiff requested Defendant's consent under Federal Rule of Civil Procedure 15(a)(2) to file a First Amended Complaint to address formality issues relating to service on the Chinese Defendants, and Defendant consented to the proposed amendment;

WHEREAS, on August 6, 2026, before the then-operative August 10, 2026 response deadline, Defendant requested Plaintiff's agreement to a further 30-day extension of time to respond;

WHEREAS, Plaintiff filed the First Amended Complaint on August 10, 2026;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant's deadline to answer or otherwise respond to the First Amended Complaint became August 24, 2026;

WHEREAS, on August 25, 2026, Plaintiff confirmed its agreement to provide Defendant an additional 30 days, through September 23, 2026, to answer or otherwise respond to the First Amended Complaint;

WHEREAS, to the extent relief under Federal Rule of Civil Procedure 6(b)(1)(B) is required because the August 24, 2026 deadline elapsed before the extension was memorialized, the Stipulating Parties jointly request that the Court extend Defendant's time to respond pursuant to Federal Rule of Civil Procedure 6(b)(1)(B). Defendant had requested the additional extension before the prior August 10, 2026 deadline and before the First Amended Complaint was filed; the one-day lapse following the Rule 15(a)(3) deadline arose from the timing of the First Amended Complaint and the parties' communications concerning the requested extension, and was not the result of bad faith;

WHEREAS, Defendant's counsel has continued evaluating the claims and defenses in this action, including the allegations in the First Amended Complaint, and requires additional time to complete that evaluation and prepare Defendant's response;

WHEREAS, the requested 30-day extension will permit Defendant to complete its investigation and prepare its response while allowing the Stipulating Parties to continue discussions concerning the case; the short delay causes no prejudice to Plaintiff, and the Stipulating Parties believe good cause and, to the extent required, excusable neglect exist for the requested extension;

WHEREAS, this is Defendant's third requested 30-day extension of time to respond, and the Stipulating Parties do not seek to modify any other deadline or date by this Stipulation;

NOW THEREFORE, the parties hereby jointly stipulate to the proposed extension and respectfully request that the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), enter September 23, 2026, as the new date for Defendant to answer or otherwise respond to the First Amended Complaint.

Dated: September 1, 2026

Narek Zohrabyan
**PHIL IP LAW INC.**

By: /s/ Narek Zohrabyan
NAREK ZOHRABYAN
Attorneys for Defendant

Dated: September 2, 2026

Anthony W. Brooks, Esq.
**THE WEBB LAW FIRM**

By: /s/Anthony W. Brooks
Anthony W. Brooks,
Attorneys for Plaintiff

**Attestation Regarding Signatures**

I, Narek Zohrabyan, am the filer of the foregoing THIRD STIPULATION AND JOINT REQUEST TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT BY 30 DAYS, and attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and that I have obtained authorization to file this document with the "/s" electronic signatures appearing within the foregoing document.

By:/s/ Narek Zohrabyan
Narek Zohrabyan
Attorneys for Defendant