**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

I4F LICENSING N.V.,

Plaintiff,

vs.

CHANGZHOU SUBILI NEW MATERIALS CO., LTD. (常州苏必利新 材料有限公司); ZHEJIANG ECO NEW MATERIAL CO., LTD. (浙江奕科新材 料股份有限公司); and ARTISAN FLOORS CORPORATION,

Defendants.

Case No. 2:26−cv−04985−FLA−BFM

District Judge:
Hon. Fernando L. Aenlle-Rocha

Magistrate Judge:
Hon. Brianna Fuller Mircheff

**[PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**

Action Filed: May 8, 2026
Complaint Served: May 19, 2026
Current Response Date: August 24, 2026
New Response Date: September 23, 2026

# [PROPOSED] ORDER

Pursuant to the parties' Stipulated Joint Motion to Extend Time for Defendant to Respond to the First Amended Complaint on file in this action, and good cause appearing therefore, and pursuant to the Court's inherent power:

Defendant's deadline to answer or otherwise respond to the complaint in the above-captioned matter shall be extended to September 23, 2026.

**IT IS SO ORDERED.**

Dated: ________________________

____________________________________

Hon. Fernando L. Aenlle-Rocha

United States District Judge