AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

I4F LICENSING N.V.

*Plaintiff(s)*

v.

CHANGZHOU SUBILI NEW MATERIALS CO. LTD. (常州苏必利新材料有限公司); ZHEJIANG ECO NEW MATERIAL CO. LTD. (浙江奕科新材料股份有限公司); and ARTISAN FLOORS CORPORATION

*Defendant(s)*

Civil Action No. 2:26-CV-04985 FLA (BFMx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Zhejiang Eco New Material Co. Ltd.
(浙江奕科新材料股份有限公司)
Buildings 1-6
No. 38 Zijin Road
Puyuan Town, Tongxiang
Jiaxing, Zhejiang Province
(浙江省嘉兴市桐乡市濮院镇紫金路38号1-6幢)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT M. LOWRY
LOWRY BLIXSETH APC
30423 Canwood St., Ste. 215
Agoura Hills, California 91301

ANTHONY W. BROOKS
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Date: AUGUST 12, 2026

*Signature of Clerk or Deputy Clerk*

# 证明书
CERTIFICATE
*ATTESTATION*
СВИДЕТЕЛЬСТВО

5250CNS20260902

**根据公约第六条，签署本证明书的机关荣幸地证明**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
Нижеподписавшийся орган имеет честь удостоверить, в соответствии со статьёй 6 Конвенции,

☑ **1. 文书已予送达***
that the document has been served *
que la demande a été exécutée*
что документ был вручен*

| | |
|---|---|
| **– 日期:**<br>*the (date) / le (date) / дата :* | 17.Sep,2026 |
| **– 地点（城镇、街、号）：**<br>*at (place, street, number) / à (localité, rue, numéro) / в (место, улица, номер) :* | Buildings 1-6, No. 38, Zijin Road, Puyuan Town, Tongxiang City, Jiaxing City, Zhejiang Province, China |

**– 采用的第五条所规定的送达方法为:**
*in one of the following methods authorised by Article 5:*
*dans une des formes suivantes prévues à l'article 5 :*
*одним из следующих способов, допускаемых статьёй 5:*

| | |
|---|---|
| ☑ | ***a)* 依公约第五条第一款第（一）项的规定。***<br>*in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention**<br>*selon les formes légales (article 5, alinéa premier, lettre a)**<br>*в соответствии с положениями подпункта a) пункта 1 статьи 5 Конвенции** |
| ☐ | ***b)* 依下述特定方法***<br>*in accordance with the following particular method*:*<br>*selon la forme particulière suivante**<br>*в соответствии со следующим особым способом** |
| ☐ | ***c)* 交付给自愿接受的收件人。***<br>*by delivery to the addressee, if he accepts it voluntarily**<br>*par remise simple**<br>*путём вручения адресату, если он добровольно примет документ** |

**请求书中所列文书已交付给:**
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :
Указанные в запросе документы были переданы:

| | |
|---|---|
| **收件人身份和说明:**<br>Identity and description of person:<br>Identité et qualité de la personne :<br>Личность и описание лица: | Feng Li |
| **与受送达人的关系（家庭、业务及其他）：**<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :<br>Отношение к адресату (семейное, деловое или иное): | The legal representative of the company |

☐ **2. 由于下列事实文书未能送达：***
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*
что документ не был вручен по следующим причинам*:

| |
|---|
| |

☐ **按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*
В соответствии с пунктом 2 статьи 12 Конвенции заявителю предлагается оплатить или возместить расходы, указанные в прилагаемом расчёте*.

**附：**
Annexes / Annexes / Приложения

| | |
|---|---|
| **退还的文书:**<br>Documents returned:<br>*Pièces renvoyées :*<br>Возвращаемые документы: | |
| **适当时，确认送达的文书：**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :*<br>В надлежащих случаях — документы, подтверждающие вручение: | |

***适当时**
*if appropriate / s'il y a lieu / если применимо / в надлежащих случаях*

| | |
|---|---|
| **制于（地点）**<br>*Done at / Fait à / Составлено в*<br>北京<br>Beijing<br>**日期**<br>*the / le / дата*<br>2026.09.23 | **签名和（或）盖章**<br>*Signature and/or stamp / Signature et / ou cachet / Подпись и/или печать*<br>中华人民共和国<br>司法部<br>民商事司法协助专用章 |

**Basic Information** **Request Form** **Summary of Documents** **Upload**

Case number: 5250CNS20260902

Your request has been submitted successfully,

Please wait for the preliminary review results.

You may withdraw your request materials at any time before the preliminary review results are given. It is recommended that you log in to the system from time to time to check your request's processing results. If the original documents are required to be used in accordance with the laws of your country, please send the original documents that have passed the preliminary review along with the case number given by the system to our center by courier . Thank you for your use.

Back to Home

**5250CNS20260902** Case Closed

| | | |
|---|---|---|
| Country: United States of America | Identity of Requesting Party: Sarah Ginther | Name of Recipient: Zhejiang Eco New Material Co. Ltd. (浙江奕科新材料股份有限公司) Details |
| Legal Basis for the Request: 海牙送达公约 | Cause of Action: Intellectual property and competition dispute | Submission Time: 2026-09-02 07:50:53 |

# 向国外送达司法文书或司法外文书的
# 请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请者身份及地址<br>Identity and address of the applicant / *Identité et adresse du requérant* | 接收机关的地址<br>Address of receiving authority / *Adresse de l'autorité destinataire* |
|---|---|
| Aaron Lukken and Sarah H. Ginther, Attorneys<br>Viking Advocates, LLC<br>6525 Charlotte St.<br>Kansas City, USA<br>E: attorneys@vikinglaw.us<br>Tel.: +1.8166837900 | International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>No. 41, Ping'AnLi Xidajie<br>Xicheng District<br>BEIJING 100035<br>The People's Republic of China |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

（身份和地址） / (identity and address) / (identité et adresse)

**Zhejiang Eco New Material Co. Ltd.**
(浙江奕科新材料股份有限公司)
Buildings 1-6
No. 38 Zijin Road
Puyuan Town, Tongxiang
Jiaxing, Zhejiang Province
(浙江省嘉兴市桐乡市濮院镇紫金路 38 号 1-6 幢)

| | |
|---|---|
| ☒ | *a)* 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | *b)* 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :* |
| ☐ | *c)* 如收件人自愿接受，请予以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

*文件清单：*

List of documents / *Énumération des pièces*

Hague Service Convention Warning; Summary of the Document to be Served; Summons in a Civil Action; First Amended Complaint for Patent Infringement with Exhibits A-E; Civil Cover Sheet.

* 适当时
if appropriate / *s'il y a lieu*

| 制于（地点）<br>Done at / *Fait à*<br>Mezcales, Nayarit, Mexico<br>（日期）<br>the / *le*<br>2026 年 9 月 1 日 | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet*<br>Sarah H. Ginther |
|---|---|



Generated by: HAGUE ENVOY

# 证明书

CERTIFICATE / *ATTESTATION*

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1.** 文书已予送达*

that the document has been served * / *que la demande a été exécutée**

| | |
|---|---|
| – 日期: the (date) / *le (date) :* | |
| – 地点（城镇、街、号）: at (place, street, number) / *à (localité, rue, numéro) :* | |

| | |
|---|---|
| – 采用的第五条所规定的送达方法为: in one of the following methods authorised by Article 5: *dans une des formes suivantes prévues à l'article 5 :* | |
| ☐ | *a)* 依公约第五条第一款第（一）项的规定。* in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | *b)* 依下述特定方法* in accordance with the following particular method*: *selon la forme particulière suivante* :* |
| ☐ | *c)* 交付给自愿接受的收件人。* by delivery to the addressee, if he accepts it voluntarily* *par remise simple** |

请求书中所列文书已交付给:

The documents referred to in the request have been delivered to: / *Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| 收件人身份和说明: Identity and description of person: *Identité et qualité de la personne :* | |
| 与受送达人的关系（家庭、业务及其他）: Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2.** 由于下列事实文书未能送达：*

that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

| |
|---|
| |

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

*附：*

Annexes / *Annexes*

| | |
|---|---|
| 退还的文书: Documents returned: *Pièces renvoyées :* | |
| 适当时，确认送达的文书： In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* | |

*适当时 / if appropriate / *s'il y a lieu*

| | |
|---|---|
| 制于（地点） Done at / *Fait à* 日期 the / *le* | 签名和（或）盖章 Signature and/or stamp / *Signature et / ou cachet* |

# 警告
## WARNING
## *AVERTISSEMENT*

收件人身份和地址 / Identity and address of the addressee / *Identité et adresse du destinataire*

**Zhejiang Eco New Material Co. Ltd.**
(浙江奕科新材料股份有限公司)
Buildings 1-6
No. 38 Zijin Road
Puyuan Town, Tongxiang
Jiaxing, Zhejiang Province
(浙江省嘉兴市桐乡市濮院镇紫金路 38 号 1-6 幢)

重要

所附文书具有法律性质，可能会影响与您相关的权利和义务。"被送达文书概要"会让您了解文书的性质和目的。您应当仔细阅读此文书。必要时需要寻求法律咨询。

若您的资金不足，应当在您的居住国或文书发出国寻求获得法律援助或咨询的可能性的信息。

在文书发出国询问获得法律援助或咨询应当指向：

IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

*TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Legal Aid Foundation of Los Angeles
1550 W 8th Street
Los Angeles, California 90017, USA
Tel.: +1.213.487.7609

建议所附范本的标注栏目均应用英文和法文书写，在适当情况下亦可用文书发出国的官方文字或其中之一书写。空白处应用文书发往国文字或英文或法文填写。

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

# 被送达文书概要

SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙（第五条第四款)

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **请求机关的名称和地址:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Aaron Lukken and Sarah H. Ginther, Attorneys<br>Viking Advocates, LLC<br>6525 Charlotte St.<br>Kansas City, USA<br>E: attorneys@vikinglaw.us<br>Tel.: +1.8166837900 |

| | |
|---|---|
| **当事人详情:***<br>Particulars of the parties*:<br>*Identité des parties* :* | **Plaintiff**: I4F Licensing N.V.<br><br>**Defendants:** Changzhou Subili New Materials Co. Ltd. (常州苏必利新材料有限公司); **Zhejiang Eco New Material Co. Ltd.** (浙江奕科新材料股份有限公司); Artisan Floors Corporation |

* 适当时，应填写与递送文书有利害关系的人的身份和地址
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☒ 司法文书**
JUDICIAL DOCUMENT** / *ACTE JUDICIAIRE***

| | |
|---|---|
| **文书的性质和目的:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | To inform the defendants of a claim against them and demand their appearance at court. |
| **诉讼的性质和目的，适当时，争讼金额:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | The plaintiff accuses the defendants of patent infringement and seeks declaratory and injunctive relief, damages, costs, interest, and fees. |
| **出庭的日期和地点:****<br>Date and Place for entering appearance**:<br>*Date et lieu de la comparution** :* | Within 21 days after service, the addressee must appear and file an answer in the United States District Court for the Central District of California, 350 W 1st Street, Los Angeles, California 90012. |
| **作出判决的法院:****<br>Court which has given judgment**:<br>*Juridiction qui a rendu la décision** :* | No court has issued a judgment. |
| **判决日期:****<br>Date of judgment**:<br>*Date de la décision** :* | No court has issued a judgment. |
| **文书中所指明的期限:****<br>Time limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | 21 days |

** 适当时
if appropriate / *s'il y a lieu*