Narek Zohrabyan (CA BAR NO. 290385)
**Phil IP Law Inc.**
500 North Brand Blvd., Suite 1690
Glendale, California 91203
Telephone: (619) 929-0606
Email: nzoh@philip.law

Attorney for Defendant ARTISAN FLOORS CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

I4F LICENSING N.V.,

Plaintiff,

vs.

CHANGZHOU SUBILI NEW MATERIALS CO., LTD. (常州苏必利新 材料有限公司); ZHEJIANG ECO NEW MATERIAL CO., LTD. (浙江奕科新材 料股份有限公司); and ARTISAN FLOORS CORPORATION,

Defendants.

Case No. 2:26–cv–04985–FLA–BFM

District Judge:
Hon. Fernando L. Aenlle-Rocha

Magistrate Judge:
Hon. Brianna Fuller Mircheff

**DEFENDANT ARTISAN FLOORS CORPORATION ANSWER TO FIRST AMENDED COMPLAINT**

**JURY TRIAL DEMANDED**

Action Filed: May 8, 2026
Complaint Served: May 19, 2026
Current Response Date: October 9, 2026

Defendant Artisan Floors Corporation ("Defendant"), through its undersigned counsel, hereby answers the first amended complaint ("FAC") of plaintiff I4F LICENSING N.V. ("Plaintiff") as follows:

## ANSWER

## NATURE OF THE ACTION

1. Responding to paragraph 1, Defendant admits that Plaintiff purports to bring a patent infringement action involving United States Patent Nos. 11,091,918, 11,794,396, and 12,427,753 (the "Asserted Patents"). Except as expressly admitted herein, Defendant denies the allegations of paragraph 1 of the FAC.

## THE PARTIES

2. Responding to paragraph 2, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

3. Responding to paragraph 3, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

4. Responding to paragraph 4, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

5. Responding to paragraph 5, Defendant admits that it is a California corporation with its principal place of business at 1903 Durfee Avenue, Building 2, South El Monte, California 91733. Except as expressly admitted herein, Defendant denies the allegations of paragraph 5 of the FAC.

## JURISDICTION AND VENUE

6. Responding to paragraph 6, Defendant denies the allegations in the FAC.

7. Defendant lacks information and belief sufficient to allow it to admit or deny the allegations of paragraph 7 of the FAC, and on that basis denies such allegations.

8. As to paragraph 8 of the FAC, Defendant does not contest personal jurisdiction over it in this action. However, Defendant denies committing infringement in this District or elsewhere. Defendant also lacks knowledge or information sufficient to form a belief as to the remaining allegations concerning the other Defendants and therefore denies them.

9. Responding to paragraph 9, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

10. As to paragraph 10 of the FAC, Defendant does not contest venue regarding it in this action. However, Defendant denies committing infringement in this District. Defendant also lacks knowledge or information sufficient to form a belief as to the remaining allegations concerning the other Defendants and therefore denies them.

11. As to paragraph 11 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the remaining allegations concerning the other Defendants and therefore denies them.

## PATENT INFRINGEMENT IN VIOLATION OF 35 U.S.C. § 271

12. Defendant incorporates by reference paragraphs 1 through 11 inclusive as set forth above.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 13 of the FAC and therefore denies its allegations.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 14 of the FAC and therefore denies its allegations.

15. Defendant lacks knowledge or information sufficient to form a belief as

to the truth of paragraph 15 of the FAC and therefore denies its allegations.

16. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 16 of the FAC and therefore denies its allegations.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 17 of the FAC and therefore denies its allegations.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 18 of the FAC and therefore denies its allegations.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 19 of the FAC and therefore denies its allegations.

20. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 20 of the FAC and therefore denies its allegations.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 21 of the FAC and therefore denies its allegations.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 22 of the FAC and therefore denies its allegations.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 23 of the FAC and therefore denies its allegations.

24. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 24 of the FAC and therefore denies its allegations.

25. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 25 of the FAC and therefore denies its allegations.

26. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 26 of the FAC and therefore denies its allegations.

27. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 27 of the FAC and therefore denies its allegations.

28. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 28 of the FAC and therefore denies its allegations.

29. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 29 of the FAC and therefore denies its allegations.

30. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 30 of the FAC and therefore denies its allegations.

31. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 31 of the FAC and therefore denies its allegations.

32. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 32 of the FAC and therefore denies its allegations.

33. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 33 of the FAC and therefore denies its allegations.

34. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 34 of the FAC and therefore denies its allegations.

35. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 35 of the FAC and therefore denies its allegations.

36. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 36 of the FAC and therefore denies its allegations.

37. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 37 of the FAC and therefore denies its allegations.

38. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 38 of the FAC and therefore denies its allegations.

39. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 39 of the FAC and therefore denies its allegations.

40. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 40 of the FAC and therefore denies its allegations.

41. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 41 of the FAC and therefore denies its allegations.

42. Defendant lacks knowledge or information sufficient to form a belief as

to the truth of paragraph 42 of the FAC and therefore denies its allegations.

43. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 43 of the FAC and therefore denies its allegations.

44. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 44 of the FAC and therefore denies its allegations.

45. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 45 of the FAC and therefore denies its allegations.

46. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 46 of the FAC and therefore denies its allegations.

47. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 47 of the FAC and therefore denies its allegations.

48. As to paragraph 48 of the FAC, Defendant admits that the FAC identifies the Asserted Patents. Defendant however denies that service establishes infringement or willfulness and denies that Defendant has infringed or willfully infringed any asserted claim.

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 11,091,918

49. Defendant incorporates by reference paragraphs 1 through 48 inclusive as set forth above.

50. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 of the FAC and on that basis denies such allegations.

51. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 of the FAC and on that basis denies such allegations.

52. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 of the FAC and on that basis denies

such allegations.

53. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 of the FAC and on that basis denies such allegations.

54. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 of the FAC and on that basis denies such allegations.

55. As to paragraph 55 of the FAC, Defendant denies that its conduct infringes any asserted claim of the '918 Patent. Defendant also lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

56. As to paragraph 56 of the FAC, to the degree that any conduct implicates Defendant as committing patent infringement, it denies those allegations. Defendant also lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

57. As to paragraph 57 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

58. As to paragraph 58 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

59. As to paragraph 59 of the FAC, Defendant denies that service establishes infringement or willfulness and denies that Defendant has infringed or willfully infringed any asserted claim.

60. As to paragraph 60 of the FAC, Defendant denies that it has infringed the '918 Patent or caused Plaintiff irreparable harm. Defendant also lacks knowledge

or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations. Defendant lacks knowledge or information sufficient to form a belief as to the truth regarding adequate remedy at law and, on that basis, denies such allegations.

**COUNT II: INFRINGEMENT OF U.S. PATENT NO. 11,794,396**

61. Defendant incorporates by reference paragraphs 1 through 60 inclusive as set forth above.

62. As to paragraph 62 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

63. As to paragraph 63 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

64. As to paragraph 64 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

65. As to paragraph 65 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

66. As to paragraph 66 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

67. As to paragraph 67 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

68. As to paragraph 68 of the FAC, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

69. As to paragraph 69 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

70. As to paragraph 70 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

71. As to paragraph 71 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

72. As to paragraph 72 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

73. As to paragraph 73 of the FAC, Defendant denies that its conduct infringes any asserted claim of the '396 Patent. Defendant also lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants, on that basis, denies such allegations.

74. As to paragraph 56 of the FAC, to the degree that any conduct implicates Defendant as committing patent infringement, it denies those allegations. Defendant also lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

75. As to paragraph 75 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

76. As to paragraph 76 of the FAC, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

77. As to paragraph 77 of the FAC, Defendant denies that service establishes infringement or willfulness and denies that Defendant has infringed or willfully infringed any asserted claim.

78. As to paragraph 78 of the FAC, Defendant denies that it has infringed the '396 Patent or caused Plaintiff irreparable harm. Defendant also lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations. Defendant lacks knowledge or information sufficient to form a belief as to the truth regarding adequate remedy at law and, on that basis, denies such allegations.

**COUNT III: INFRINGEMENT OF U.S. PATENT NO. 12,427,753**

79. Defendant incorporates by reference paragraphs 1 through 78 inclusive as set forth above.

80. As to paragraph 80 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies such allegations. Defendant also lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

81. As to paragraph 81 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies such allegations.

82. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 82 of the FAC and, on that basis, denies such allegations.

83. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 83 of the FAC and, on that basis, denies such allegations.

84. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 84 of the FAC and, on that basis, denies such allegations.

85. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 85 of the FAC and, on that basis, denies such allegations.

86. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 86 of the FAC and, on that basis, denies such allegations.

87. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 87 of the FAC and, on that basis, denies such allegations.

88. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 88 of the FAC and, on that basis, denies such allegations.

89. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 89 of the FAC and, on that basis, denies such allegations.

90. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 90 of the FAC and, on that basis, denies such allegations.

91. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 91 of the FAC and, on that basis, denies such allegations.

92. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 92 of the FAC and, on that basis, denies such allegations.

93. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 93 of the FAC and, on that basis, denies such allegations.

94. As to paragraph 94 of the FAC, Defendant denies that its conduct infringes any asserted claim of the '753 Patent. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

95. As to paragraph 95 of the FAC, to the degree that any conduct implicates Defendant as committing patent infringement, it denies those allegations. Defendant also lacks knowledge or information sufficient to form a belief as to the truth of the

allegations concerning the other defendants and, on that basis, denies such allegations.

96. As to paragraph 96 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

97. As to paragraph 97 of the FAC, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations.

98. As to paragraph 98 of the FAC, Defendant denies that service establishes infringement or willfulness and denies that Defendant has infringed or willfully infringed any asserted claim.

99. As to paragraph 99 of the FAC, Defendant denies that it has infringed the '753 Patent or caused Plaintiff irreparable harm. Defendant also lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the other defendants and, on that basis, denies such allegations. Defendant lacks knowledge or information sufficient to form a belief as to the truth regarding adequate remedy at law and, on that basis, denies such allegations.

## AFFIRMATIVE DEFENSES

100. Without admitting that the following defenses must be pled as affirmative defenses, or that Defendant bears the burden of proof or persuasion as to any of them, Defendant asserts the following:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Relief)

101. The FAC and each purported claim for relief alleged therein fail to state facts sufficient to constitute any claim for relief.

**SECOND AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

102. The FAC and each purported claim for relief alleged therein are barred by the applicable statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

**(Laches)**

103. The FAC and each purported claim for relief alleged therein are barred by laches.

**FOURTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

104. To the extent Plaintiff suffered or is entitled to any damages at all, Plaintiff failed to mitigate its damages.

**FIFTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

105. Plaintiff's claim is barred by the doctrine of unclean hands and/or copyright misuse.

**SIXTH AFFIRMATIVE DEFENSE**

**(Consent/Waiver/Estoppel)**

106. Plaintiff's claim is barred by the doctrines of consent, waiver and estoppel.

**SEVENTH AFFIRMATIVE DEFENSE**

**(No Injunctive or Other Equitable Relief)**

107. Plaintiff is not entitled to injunctive or other equitable relief, including because Plaintiff has an adequate remedy at law, has not established irreparable injury, and the request for such relief is moot.

**EIGHT AFFIRMATIVE DEFENSE**

**(Invalidity for Anticipation)**

108. On information and belief, one or more Asserted Claims of United States Patent Nos. 11,091,918, 11,794,396, and 12,427,753 are invalid under 35 U.S.C. § 102 for anticipation because qualifying prior art discloses every limitation of the challenged claims, expressly or inherently. Plaintiff cannot recover for infringement of an invalid claim. Defendant asserts this defense under 35 U.S.C. § 282(b)(2).

**NINTH AFFIRMATIVE DEFENSE**

**(Invalidity for Obviousness)**

109. On information and belief, one or more Asserted Claims of United States Patent Nos. 11,091,918, 11,794,396, and 12,427,753 are invalid under 35 U.S.C. § 103 because the claimed subject matter as a whole would have been obvious to a person of ordinary skill in the art in view of qualifying prior art at the legally applicable time. Plaintiff cannot recover for infringement of an invalid claim. Defendant asserts this defense under 35 U.S.C. § 282(b)(2).

**TENTH AFFIRMATIVE DEFENSE**

**(Invalidity Under Section 112)**

110. On information and belief, one or more Asserted Claims of United States Patent Nos. 11,091,918, 11,794,396, and 12,427,753 are invalid under 35 U.S.C. § 112 for lack of adequate written description, lack of enablement of the full claimed scope without undue experimentation, and indefiniteness. The challenged claims fail the applicable requirements of § 112(a) and (b), or the corresponding paragraphs of the applicable former version of § 112. Plaintiff cannot recover for infringement of an invalid claim. Defendant asserts this defense under 35 U.S.C. § 282(b)(3)(A).

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Limitation of Damages for Failure to Mark or Give Notice)**

111. As to the product claims asserted in Counts II and III, Plaintiff's

recovery of damages is barred for periods in which Plaintiff or persons making or selling patented articles for or under Plaintiff failed to comply with 35 U.S.C. § 287(a), until Defendant received legally sufficient actual notice of infringement. The limitation applies separately to the '396 and '753 Patents and their respective patented articles and notice dates.

## ADDITIONAL DEFENSES

112. Defendant alleges that there may be additional affirmative defenses to Plaintiff's alleged claims for relief which are currently unknown to Defendant. Defendant reserves the right to amend this Answer to allege additional affirmative defenses in the event discovery or other information indicates they are appropriate.

## PRAYER

**WHEREFORE**, Defendant prays for the following relief on its Answer to the FAC:

a) That Plaintiff take nothing by their FAC, and that the FAC be dismissed with prejudice and judgment be entered in Defendant's favor;

b) That Defendant be awarded costs of suit and reasonable attorneys' fees under 35 U.S.C. § 285 or as authorized or deemed fit by the Court; and

c) Such other and further relief as this Court deems just and proper

//

//

//

//

//

Dated: October 9, 2026

Narek Zohrabyan
**PHIL IP LAW INC.**

By: /s/ Narek Zohrabyan
NAREK ZOHRABYAN
Attorneys for Defendant

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38, Defendant demands a trial by jury on all issues triable by jury.

Dated: October 9, 2026

**PHIL IP LAW INC.**

By:/s/ Narek Zohrabyan
Narek Zohrabyan
Attorneys for Defendant