NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Li Liu (SBN 362408)
sharon@myiptrustlaw.com
MY IP & TRUST LAW, PLLC
12603 Southwest Fwy, Suite 210
Stafford, TX 77477

ATTORNEY(S) FOR: ZHEJIANG ECO NEW MATERIAL CO., LTD.

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I4F LICENSING N.V.<br>Plaintiff(s),<br>v.<br>CHANGZHOU SUBILI NEW MATERIALS CO., LTD., et al.<br>Defendant(s) | CASE NUMBER:<br>2:26-cv-04985-FLA(BFMx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ZHEJIANG ECO NEW MATERIAL CO., LTD. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Zhejiang Eco Intelligent Manufacturing Co., Ltd. | Majority-owned subsidiary of Defendant Eco; Eco holds a 60 % equity interest. |
| Tongxiang Xinyi Import & Export Co., Ltd. | Wholly owned subsidiary of Eco; Defendant Eco holds a 100 % equity interest. |
| Zhejiang Yihui Energy Technology Co., Ltd. | Wholly owned subsidiary of Defendant Eco; Eco holds a 10 0% equity interest. |

Oct. 19, 2026
Date

/s/ Li LIU
Signature

Attorney of record for (or name of party appearing in pro per):

ZHEJIANG ECO NEW MATERIAL CO., LTD.