NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Narek Zohrabyan (CA BAR NO. 290385)
Phil IP Law Inc.
500 North Brand Blvd., Suite 1690
Glendale, California 91203
Telephone: (619) 929-0606
Email: nzoh@philip.law

ATTORNEY(S) FOR: ARTISAN FLOORS CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

I4F LICENSING N.V.

Plaintiff(s),

v.

CHANGZHOU SUBILI NEW MATERIALS CO., LTD. (常州苏必利新 材料有限公司); ZHEJIANG ECO NEW MATERIAL et al

Defendant(s)

CASE NUMBER:

2:26–cv–04985–FLA–BFM

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant ARTISAN FLOORS CORPORATION or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Artisan Floors Corporation states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| I4F LICENSING N.V. | - Plaintiff |
| CHANGZHOU SUBILI NEW MATERIALS CO., LTD. (常州苏必利新 材料有限公司) | - Defendant |
| ZHEJIANG ECO NEW MATERIAL CO., LTD. (浙江奕科新材 料股份有限公司) | - Defendant |
| ARTISAN FLOORS CORPORATION | - Defendant |

October 13, 2026
Date

/s/ Narek Zohrabyan
Signature

Attorney of record for (or name of party appearing in pro per):

ARTISAN FLOORS CORPORATION