Li Liu (SBN 362408)
sharon@myiptrustlaw.com
MY IP & TRUST LAW, PLLC
12603 Southwest Fwy, Suite 210
Stafford, TX 77477
Telephone: (213) 685-2164
Facsimile: None
Attorney for Defendant
Zhejiang Eco New Material Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I4F LICENSING N.V.,<br><br>Plaintiff,<br><br>v.<br><br>CHANGZHOU SUBILI NEW MATERIALS CO., LTD., *et al.*,<br><br>Defendants. | Case No. 2:26-cv-04985-FLA(BFMx)<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT ZHEJIANG ECO NEW MATERIAL CO., LTD. TO RESPOND TO FIRST AMENDED COMPLAINT (FED. R. CIV. P. 6(b)(1)(B))**<br><br>Complaint served: September 17, 2026 (per Dkt. 36)<br>Current response date: October 8, 2026<br>New response date: October 29, 2026<br><br>Hon. Fernando L. Aenlle-Rocha<br>Courtroom 6B |

Plaintiff i4F Licensing N.V. ("Plaintiff") and Defendant Zhejiang Eco New Material Co., Ltd. ("Eco"), through their respective counsel of record, stipulate as follows, subject to the approval of the Court:

**WHEREAS**, Plaintiff filed this action on May 8, 2026, and filed the

operative First Amended Complaint ("FAC") on August 10, 2026 (Dkts. 1, 30), and the Clerk issued a summons to Eco on the FAC on August 12, 2026 (Dkt. 32);

**WHEREAS**, Plaintiff's proof of service, filed September 23, 2026, states that the summons and FAC were delivered to Eco's legal representative on September 17, 2026, and that Eco's response was due October 8, 2026 (Dkt. 36);

**WHEREAS**, a package containing the summons and FAC was mailed to Feng Li, Eco's legal representative, at Eco's office in Jiaxing, Zhejiang Province, China on September 17, 2026 — the day before Feng Li departed for a business trip in the Netherlands; Kan Cao, the manager responsible for Eco's legal matters, was also abroad on business in Europe from September 20 through September 30, 2026, and while in Europe met with Feng Li and learned on September 24, 2026 that Feng Li had received a package in Jiaxing, but neither Feng Li nor Mr. Cao had the opportunity to open or review the contents while traveling; Eco's offices were closed for China's national holidays from September 25 through 27 and October 1 through 7, 2026; the served papers were not transmitted to Mr. Cao for review until October 10, 2026; and Eco began seeking U.S. litigation counsel that day and retained its counsel of record on October 12, 2026;

**WHEREAS**, this is Eco's first appearance in this action and its first request to extend any deadline, and the requested date is within thirty days of the date Eco's response initially would have been due;

**WHEREAS**, on October 13, 2026, the Court set a Scheduling Conference for November 20, 2026, at 1:00 p.m. (Dkt. 40), under which the parties' conference pursuant to Fed. R. Civ. P. 26(f) is to be held by October 30, 2026, and the Joint Rule 26(f) Report is to be filed by November 6, 2026;

**WHEREAS**, counsel for the parties conferred by telephone and e-mail on October 16 through October 19, 2026, and Plaintiff has agreed to an extension of Eco's deadline to respond to the FAC to October 29, 2026, provided that the extension does not require moving any other Court-ordered date or deadline;

**WHEREAS**, the stipulated date of October 29, 2026 precedes the October 30, 2026 deadline for the Rule 26(f) conference, the November 6, 2026 deadline for the Joint Rule 26(f) Report, and the November 20, 2026 Scheduling Conference, and the parties do not seek to move any other date or deadline set by the Court;

**WHEREAS**, because Eco's original deadline has passed, the parties submit this Stipulation for the Court's approval pursuant to Fed. R. Civ. P. 6(b)(1)(B), Local Rule 7-1, and Section V.H of the Court's Initial Standing Order (Dkt. 23),; Eco submits that the above establishes good cause and excusable neglect, and Plaintiff does not oppose the requested extension and defers to the Court as to that showing;

**WHEREAS**, by entering into this Stipulation, Plaintiff does not adopt or admit any fact, and nothing in this Stipulation waives, or is an admission concerning, any claim, defense, or objection of either party, including Eco's defenses and objections under Fed. R. Civ. P. 12(b);

**NOW, THEREFORE**, the parties stipulate, and respectfully request that the Court order, as follows:

1. Eco's deadline to answer or otherwise respond to the FAC (Dkt. 30) is extended to and including **October 29, 2026**.

2. No other date or deadline set by the Court is altered, including the October 30, 2026 deadline for the parties' Rule 26(f) conference, the November 6, 2026 deadline for the Joint Rule 26(f) Report, and the November 20, 2026 Scheduling Conference (Dkt. 40).

3. This Stipulation is not effective unless and until approved by the Court, and does not waive, and is without prejudice to, all claims, defenses, and objections of the parties, including Eco's defenses and objections under Fed. R. Civ. P. 12(b).

4. This Stipulation may be executed in counterparts, and a signature

transmitted electronically shall be deemed an original.

IT IS SO STIPULATED.

Dated: October 21, 2026

MY IP & TRUST LAW, PLLC

By: /s/ Li Liu

Li Liu

*Attorney for Defendant*

Zhejiang Eco New Material Co., Ltd.

Dated: October 21, 2026

The Webb Law Firm

By: /s/ Anthony W. Brooks

Anthony W. Brooks (pro hac vice)

John W. McIlvaine (pro hac vice)

Lowry Blixseth APC

Scott M. Lowry, Esq.

*Attorneys for Plaintiff*

i4F Licensing N.V.

**Attestation (L.R. 5-4.3.4(a)(2)(i)):** Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Li Liu

Li Liu