Li Liu (SBN 362408)
sharon@myiptrustlaw.com
MY IP & TRUST LAW, PLLC
12603 Southwest Fwy, Suite 210
Stafford, TX 77477
Telephone: (213) 685-2164
Facsimile: None
Attorney for Defendant
Zhejiang Eco New Material Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I4F LICENSING N.V.,<br><br>Plaintiff,<br><br>v.<br><br>CHANGZHOU SUBILI NEW MATERIALS CO., LTD., *et al.*,<br><br>Defendants. | Case No. 2:26-cv-04985-FLA(BFMx)<br><br>**DECLARATION OF LI LIU PURSUANT TO SECTION V.H OF THE INITIAL STANDING ORDER IN SUPPORT OF STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT ZHEJIANG ECO NEW MATERIAL CO., LTD. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Hon. Fernando L. Aenlle-Rocha<br>Courtroom 6B |

I, Li Liu, declare as follows:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court. I am of counsel to MY IP & TRUST LAW, PLLC, counsel of record for Defendant Zhejiang Eco New Material Co., Ltd. ("Eco"). I submit this declaration pursuant to Section V.H of the Court's Initial Standing Order (Dkt. 23), which requires that a stipulation to extend time include a detailed declaration of the grounds for the extension, in support of the concurrently filed Stipulation and Request for Order Extending Time for Eco to

Respond to First Amended Complaint (the "Stipulation"). Except as stated in paragraph 3, I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Eco retained MY IP & TRUST LAW, PLLC on October 12, 2026.

3. The following facts were provided to me by Kan Cao, Eco's Sales Director, who is responsible for Eco's legal matters, and I am informed and believe that they are true:

(a) On September 17, 2026, a package containing the summons and First Amended Complaint ("FAC"), addressed to Feng Li, Eco's legal representative, was delivered to Eco's office in Jiaxing, Zhejiang Province, China. Feng Li departed the next day, September 18, 2026, on a business trip to the Netherlands.

(b) Mr. Cao was abroad on business in Europe from September 20 through September 30, 2026. While in Europe, he met with Feng Li and learned on September 24, 2026 that Feng Li had received the package in Jiaxing. Neither of them had the opportunity to open or review its contents while traveling.

(c) Eco's offices were closed for China's national holidays from September 25 through 27 and from October 1 through 7, 2026.

(d) The served papers were transmitted to Mr. Cao for review on October 10, 2026, and Eco began seeking U.S. litigation counsel that day.

4. Between October 16 and October 20, 2026, I conferred with Plaintiff's counsel by telephone and e-mail regarding an extension of Eco's deadline to respond to the FAC. On October 19, 2026, Plaintiff agreed to extend that deadline to October 29, 2026, provided that the extension does not require moving any other date or deadline set by the Court.

5. This is Eco's first appearance in this action and its first request to extend any deadline. As of the date of this declaration, the docket reflects no request for entry of default against Eco.

6. The stipulated response date of October 29, 2026 precedes the October 30, 2026 deadline for the parties' Rule 26(f) conference, the November 6, 2026 deadline for the Joint Rule 26(f) Report, and the November 20, 2026 Scheduling Conference (Dkt. 40). The Stipulation does not seek to move any other date or deadline set by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 21, 2026, at Los Angeles, California.

___/s/ Li Liu_______

Li Liu