**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I4F LICENSING N.V.,<br><br>Plaintiff,<br><br>v.<br><br>CHANGZHOU SUBILI NEW MATERIALS CO., LTD., *et al.*,<br><br>Defendants. | Case No. 2:26-cv-04985-FLA(BFMx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT ZHEJIANG ECO NEW MATERIAL CO., LTD. TO RESPOND TO FIRST AMENDED COMPLAINT**[Dkt. 30]<br><br>Hon. Fernando L. Aenlle-Rocha<br>Courtroom 6B |

Before the court is the Stipulation and Request for Order Extending Time for Defendant Zhejiang Eco New Material Co., Ltd. ("Eco") to Respond to First Amended Complaint (the "Stipulation") (Dkt. 30, filed by Plaintiff i4F Licensing N.V. ("Plaintiff") and Eco, and the supporting Declaration of Li Liu. Having considered the Stipulation, the declaration, and the record in this action, the court rules as follows.

The court may, for good cause, extend a deadline after it has expired "if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B); *see Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395

(1993); *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1261 (9th Cir. 2010). The Stipulation and the supporting declaration make the detailed factual showing required by the court's Initial Standing Order (Dkt. 23 § V.H). They describe the delivery of the summons and First Amended Complaint to Eco's office in China the day before its legal representative left on a business trip abroad, the travel of the personnel responsible for the matter, China's national holidays during the response period, Eco's retention of counsel two days after the papers reached its responsible manager, and the parties' agreement to a response date that precedes every other date set by the court, including the deadlines for the Rule 26(f) conference and the Joint Rule 26(f) Report and the November 20, 2026 Scheduling Conference. This is Eco's first request, Plaintiff does not oppose the extension, and no other deadline is affected. The court finds good cause and excusable neglect under Rule 6(b)(1)(B).

Accordingly, the court **APPROVES** the Stipulation and **ORDERS** as follows:

1. Eco shall answer or otherwise respond to the First Amended Complaint (Dkt. 30) on or before **October 29, 2026**.

2. No other date or deadline set by the court is altered, including the dates set by the court's October 13, 2026 Order Setting Scheduling Conference (Dkt. 40).

**IT IS SO ORDERED.**

Dated: ______________________, 2026

______________________________

HON. FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE