Scott M. Lowry (CA Bar No. 244,504)
scott@lawlb.com
**LOWRY BLIXSETH APC**
30423 Canwood Street, Suite 215
Agoura Hills, CA 91301
818.584.6460
818.574.6026 (fax)
*AND*
John W. McIlvaine (*admitted PHV*)
jmcilvaine@webblaw.com
Anthony W. Brooks (*admitted PHV*)
abrooks@webblaw.com
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
*Attorneys for Plaintiff i4F Licensing N.V.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| I4F LICENSING N.V.,<br>Plaintiff,<br>v.<br>CHANGZHOU SUBILI NEW MATERIALS CO. LTD.; ZHEJIANG ECO NEW MATERIAL CO., LTD.; and ARTISAN FLOORS CORPORATION,<br>Defendants. | Case No. 2:26-cv-04985-FLA-BFMx<br><br>**PLAINTIFF'S ANSWER TO DEFENDANT ZHEJIANG ECO NEW MATERIAL CO., LTD.'S COUNTERCLAIMS** |

Plaintiff, i4F Licensing, N.V. ("i4F" or "Plaintiff"), hereby submit its answer to the Counterclaims filed by Defendant, Zhejiang Eco New Material Co., Ltd. ("Eco"), as follows:

## COUNTERCLAIMS

1. Admitted.

2. Admitted.

## JURISDICTION AND VENUE

3. Admitted that subject matter jurisdiction exists over Eco's Counterclaims only insofar as Plaintiff's claims remain pending against Eco.

4. Admitted only that an actual, substantial and continuing controversy exists between Eco and Plaintiff concerning infringement and validity of the Asserted Patents only insofar as Plaintiff's claims remain pending against Eco. Plaintiff denies the Asserted Claims are invalid. Eco's denial of infringement is not an assertion to which a response is required. To the extent a response is required, any allegation is denied.

5. Admitted only that i4F submitted to the personal jurisdiction of this Court for purposes of this litigation by filing this action. Otherwise, denied.

6. Admitted.

## FACTUAL BACKGROUND

### A. Eco and Its Relationship with i4F

7. Admitted that Eco manufactures SPC flooring. Plaintiff is without sufficient information to either admit or deny any remaining allegations of this paragraph and, on this basis, denies said allegations.

8. Admitted.

9. Admitted.

10. Admitted.

### B. i4F's Acquisition of the Asserted Patents

11. Denied as stated. Admitted only that that the ’918 Patent speaks for itself.

12. Denied as stated. Admitted only that a Confirmatory Deed of Assignment and Consent to Recordal, dated April 23, 2026, which Confirmatory Deed of Assignment and Consent to Recordal speaks for itself, was recorded with the United States Patent and Trademark Office on May 27, 2026.

13. Denied as stated. Admitted only that the ’396 and ’753 Patents name John B. Troendle as the sole inventor, that Sunrise SPC Technology LLC assigned its rights in the ’396 and ’753 Patents, among others, to i4F and that an assignment document evidencing that assignment, which document speaks for itself, was recorded on April 26, 2024.

14. Denied as stated. Admitted only that i4F stated “is a research and development company” and that “i4F’s technologies and patent inventions are incorporated into the products of over 150 leading flooring manufacturers in the United States and other countries, who are licensed by i4F” in paragraph 13 of the First Amended Complaint (“FAC”). Paragraphs 13 and 14 of the FAC speak for themselves.

**C. Subili Is Not Eco**

15. Denied.

16. Admitted only that Eco purported to send a “written demand” regarding Eco’s name and information and that such purported “written demand” was provided to i4F. Any other allegations of this paragraph are denied.

**D. The FAC Relies on Subili’s Listing**

17. Denied as stated. Admitted only that Exhibit D is an exhibit that speaks for itself.

18. Denied as stated. Admitted only that Exhibit E is a screenshot from Eco’s website, which exhibit speaks for itself.

19. Denied as stated. Admitted only that the allegations cited by Eco in paragraph 19 speak for themselves.

**E. Rigid-Core Vinyl Flooring Was Well Known**

20. This paragraph consists of legal conclusions to which no response is required. To the extent any allegations requiring a response are included in this paragraph, such allegations are denied.

21. This paragraph consists of legal conclusions to which no response is required. To the extent any allegations requiring a response are included in this paragraph, such allegations are denied.

22. This paragraph consists of legal conclusions to which no response is required. To the extent any allegations requiring a response are included in this paragraph, such allegations are denied.

23. This paragraph consists of legal conclusions to which no response is required. Plaintiff is also without sufficient information to either admit or deny the allegations regarding Eco's sale of SPC flooring and, on that basis, denies the same. To the extent any other allegations requiring a response are included in this paragraph, such allegations are denied.

**F. Two Asserted Patents Reach 2016 Only Through Later Continuation-in-Part Applications**

24. Admitted only that U.S. Patent No. 11,794,396 ("the '396 Patent") speaks for itself. Further, this paragraph includes legal conclusions to which no response is required. To the extent any other allegations requiring a response are included in this paragraph, such allegations are denied.

25. Admitted only that U.S. Patent No. 12,427,753 ("the '753 Patent") speaks for itself. Further, this paragraph includes legal conclusions to which no response is required. To the extent that any other allegations requiring a response are included in this paragraph, such allegations are denied.

26. This paragraph consists of legal conclusions to which no response is required. To the extent any allegations requiring a response are included in this paragraph, such allegations are denied.

27. This paragraph consists of legal conclusions to which no response is required. To the extent any allegations requiring a response are included in this paragraph, such allegations are denied.

**COUNT I**

**(Declaratory Judgment of Non-Infringement of the ’918 Patent)**

28. Plaintiff hereby incorporates by reference its above responses to Paragraphs 1-27 as if the same were set forth herein at length.

29. Denied.

30. Admitted only that claims 1 and 8 of U.S. Patent No. 11,091,918 (“the ’918 Patent”) speak for themselves. Further, this paragraph consists of legal conclusions to which no response is required. To the extent any other allegations requiring a response are included in this paragraph, such allegations are denied.

31. Denied.

32. This paragraph consists of legal conclusions to which no response is required. Further, this paragraph includes allegation for which i4F lacks sufficient information to either admit or deny and, on that basis, denies the same. To the extent any other allegations requiring a response are included in this paragraph, such allegations are denied.

33. Denied.

34. Denied.

**COUNT II**

**(Declaratory Judgment of Non-Infringement of the ’396 Patent)**

35. Plaintiff hereby incorporates by reference its above responses to Paragraphs 1-34 as if the same were set forth herein at length.

36. Denied.

37. Denied that Eco's sales do not occur or cause infringement within the United States. This paragraph also includes legal conclusions for which a response is not required. Plaintiff is without sufficient information to either admit or deny the remaining allegations of this paragraph and, on this basis, denies the same.

38. This paragraph consists of legal conclusions to which no response is required. To the extent any allegations requiring a response are included in this paragraph, such allegations are denied.

39. Denied.

40. Denied.

**COUNT III**

**(Declaratory Judgment of Non-Infringement of the '753 Patent)**

41. Plaintiff hereby incorporates by reference its above responses to Paragraphs 1-40 as if the same were set forth herein at length.

42. Denied.

43. This paragraph consists of legal conclusions to which no response is required. To the extent any allegations requiring a response are included in this paragraph, such allegations are denied.

44. Denied that Eco's sales do not occur or cause infringement within the United States. This paragraph also includes legal conclusions for which a response is not required. Plaintiff is without sufficient information to either admit or deny the remaining allegations of this paragraph and, on this basis, denies the same.

45. Denied.

46. Denied.

**COUNT IV**

**(Declaratory Judgment of Invalidity of the '918 Patent)**

47. Plaintiff hereby incorporates by reference its above responses to Paragraphs 1-46 as if the same were set forth herein at length.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

**COUNT V**

**(Declaratory Judgment of Invalidity of the ’396 Patent)**

54. Plaintiff hereby incorporates by reference its above responses to Paragraphs 1-53 as if the same were set forth herein at length.

55. Denied.

56. Admitted only that the ’396 Patent speaks for itself. Further, this paragraph consists of legal conclusions to which no response is required. To the extent any other allegations requiring a response are included in this paragraph, such allegations are denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

**COUNT VI**

**(Declaratory Judgment of Invalidity of the ’753 Patent)**

61. Plaintiff hereby incorporates by reference its above responses to Paragraphs 1-60 as if the same were set forth herein at length.

62. Denied.

63. Admitted only that the ’753 Patent speaks for itself. Further, this paragraph consists of legal conclusions to which no response is required. To the extent any other allegations requiring a response are included in this paragraph, such allegations are denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

**[ECO’S] PRAYER FOR RELIEF**

Plaintiff denies that Eco is entitled to any of the relief requested in Paragraphs A. through G. of the section of Eco’s Counterclaims entitled “Prayer for Relief” and denies any allegations contained therein.

**[ECO’S] DEMAND FOR JURY TRIAL**

Plaintiff acknowledges that Eco demands a jury trial for its Counterclaims.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The Counterclaims, and each and every purported claim for relief therein, fail to allege facts sufficient to state a claim against Plaintiff, including, but not limited to, a failure to adequately plead claims for non-infringement and invalidity that occurred during the life of the Asserted Patents.

**SECOND AFFIRMATIVE DEFENSE**

**(Estoppel)**

The Counterclaims, in whole or in part, are barred by the doctrine of estoppel to the extent that Eco’s prior conduct, representations, or positions preclude the relief sought.

**THIRD AFFIRMATIVE DEFENSE**

**(Waiver)**

The Counterclaims, in whole or in part, are barred by the doctrine of waiver to the extent that Eco knowingly or voluntarily relinquished rights upon which its Counterclaims depend.

## GENERAL DENIAL, AND RESERVATION OF RIGHTS

Plaintiff generally denies all allegations of the Counterclaims not expressly admitted herein. Plaintiff expressly reserves the right to allege additional defenses of which it becomes aware during the course of this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff and against Eco on the Counterclaims;

B. Dismiss the Counterclaims with prejudice;

C. Deny Eco's requested declaratory relief; and

D. Award such further relief as this Court may deem just and proper.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: November 19, 2026

s/ *Anthony W. Brooks*

John W. McIlvaine (*admitted PHV*)
jmcvilaine@webblaw.com
Anthony W. Brooks (*admitted PHV*)
abrooks@webblaw.com
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
*AND*
Scott M. Lowry (CA Bar No. 244,504)

scott@lawlb.com
**LOWRY BLIXSETH APC**
30423 Canwood Street, Suite 215
Agoura Hills, CA 91301
818.584.6460
818.574.6026 (fax)
*Attorneys for i4F Licensing N.V.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2026, I electronically filed the foregoing **PLAINTIFF'S ANSWER TO DEFENDANT ZHEJIANG ECO NEW MATERIAL CO., LTD.'S COUNTERCLAIMS** with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

**THE WEBB LAW FIRM**

s/ *Anthony W. Brooks*
Anthony W. Brooks